UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04-1797-CBS |
| ) | |
| v.               ) | Case No. |
| ) | |
| DANIEL GOMES       ) | |

### GOVERNMENT'S MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of the Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case and related cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Donald L. Cabell
DONALD L. CABELL
Assistant U.S. Attorney
(617) 748-3105

Dated: June 22, 2004

6-22-04
allowed
[signature]
MJ