# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,       )
                               )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 04-10195-PBS
DANIEL GOMES and                )
MICHAEL PINA,                   )
          Defendants,           )
_____)
```

## INITIAL STATUS REPORT
### September 13, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saris, J. to whom this case is assigned:

1.   <u>Discovery</u>

Ongoing.

2.   <u>Substantive Motions</u>

Counsel for the Defendant has requested a briefing schedule for the filing of dispositive motions.  I grant that request and all such motions shall be filed by October 8, 2004 and opposition to those motions shall be filed by October 22, 2004.

3.   <u>Further Status Conference</u>

A further status conference shall be held in this case on October 26, 2004, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

4.   <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from August 16, 2004 (date of expiration of prior order of excludable time) through October 22, 2004 (date by which the Government's opposition to Defendants' substantive motions shall be filed.). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, December 31, 2004</u>.


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE

2