UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) <br> ) <br> v. ) <br> ) <br> DANIEL GOMES ) <br> ) | Crim. No. 04-10195-PBS |

### MOTION TO EXTEND DEADLINE TO FILE
### SUBSTANTIVE AND DISPOSITIVE MOTIONS

The defendant Daniel Gomes hereby moves *nunc pro tunc* for this Court to continue the deadline for filing substantive and dispositive motions in his case from October 8, 2004, to November 22, 2004. As reasons herein, the defendant's counsel states that he has spent most of his time and resources over the last two months preparing for a Superior Court first-degree murder trial in the case of Commonwealth v. Patterson, which had been set to begin on November 1. That trial was recently continued to a later date. Counsel will require more time to examine the discovery in this case more thoroughly to properly determine if motions must be filed to protect the defendant's rights. The defendant agrees that the period of time between October 8, 2004, and November 22, 2004, should be excluded from Speedy Trial provisions.

      WHEREFORE, the defendant requests that this Court extend the deadline for filing substantive and dispositive motions.

                                                JEROME LASSITER
                                                By his attorney,

                                       /s/ *John H. Cunha Jr.*
                                       John H. Cunha Jr.
                                       B.B.O. No. 108580
                                       CUNHA & HOLCOMB, P.C.
                                       One State Street, Suite 500
                                       Boston, MA 02109-3507
                                       617-523-4300

Dated: October 26, 2004                                                H:\Word\Crim\Gomes\Motion for Continuance.wpd