**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10195-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL GOMES | ) | |
| | ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and Defendant John Fortes (collectively, the "parties") state as follows:

(1) Counsel for the defendant has reviewed the discovery provided by the government to date but has been unable to review it as of yet with the defendant.  In addition, the defendant has requested that the government inquire into the existence of any police reports by local law enforcement officers.  To the extent they exist, the government will produce any such reports within the next two weeks.

(2) Once the discovery alluded to above has been provided and/or reviewed, the parties do not anticipate the need for additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not formally requested notice of an alibi by the defendant.

(5-6) The defendant may file one or more dispositive motions.

The defendant respectfully requests that the Court set the filing date for any such motions for some time in early January of 2005 in order to account for the time it will take to review the discovery which has been, and which may be provided by the government, as well as the coming holiday season.

(7) The parties have had some discussions regarding resolution of the case short of trial but presently believe the case will proceed to trial.

(8) The Court previously excluded the 28 day period from the defendant's arraignment, and from the parties initial status conference to the present date.  The parties hereby request that the Court convene a final status conference in mid to late January 2005, and agree that the time from the present to the final status conference should be excluded for purposes of the Speedy Trial Act.

DANIEL GOMES                          MICHAEL J. SULLIVAN
By His Attorney                       United States Attorney

                              By:


/s/John H. Cunha Jr.                  /s/Donald L. Cabell
JOHN H. CUNHA JR., ESQ.               DONALD L. CABELL
Cunha & Holcomb                       Assistant U.S. Attorney
1 State Street                        U.S. Courthouse
Boston, MA 02109                      1 Courthouse Way
(617) 523-4300                        Suite 9200
                                      Boston, MA 02210
                                      (617) 748-3105


November 19, 2004