# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10195-PBS** |
| DANIEL GOMES and ) | |
| MICHAEL PINA, ) | |
|     Defendants, ) | |

### ORDER OF EXCLUDABLE TIME
### November 22, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 22, 2004 (date of expiration of prior order of excludable time) through January 20, 2005 (date by which the Government is to file its opposition to Defendants' substantive motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE