# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10195-PBS** |
| ) | |
| MICHAEL PINA and DANIEL  ) | |
| GOMES  ) | |
| Defendants  ) | |

## ORDER
## FEBRUARY 11, 2005

**SWARTWOOD, Chief M.J.**

   This case has been drawn to a District Judge in Boston and that Judge has referred this case to me for all pretrial proceedings.  Therefore, to avoid confusion, duplication of judicial resources and to guaranty a prompt response to all pretrial proceedings, all pleadings in this case <u>shall</u> be filed, either electronically or in the Worcester Clerk's Office until this case is returned to the District Judge in Boston.


                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE