UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-10195-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| DANIEL GOMES | ) | |
| | ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and Defendant Daniel Gomes (collectively, the "parties") state as follows:

(1) Counsel for the defendant has reviewed the discovery provided by the government to date but has been unable to review it as of yet with the defendant. In addition, the government has, at the defendant's request, inquired into the existence of any police reports by local law enforcement officers. The government has preliminarily been advised that no such reports exist, but will formally advise the defendant of the existence or nonexistence of such documents within one week.

(2) Aside from the discovery referenced above, the parties presently do not anticipate the need for additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not formally requested notice of an alibi by the defendant.

(5-6) The defendant may file one or more dispositive motions.

The defendant respectfully requests that the Court set the filing date for any such motions for some time in mid to late March of 2005 in order to account for counsel's present schedule and obligations, and the time it will take to review the discovery which has been, and which may be provided by the government.

(7) The parties have had some discussions regarding resolution of the case short of trial but presently believe the case will proceed to trial.

(8) The Court previously excluded the 28 day period from the defendant's arraignment, and from the parties' initial status conference to January 24, 2005, the original scheduled date for the parties' interim status conference.  The parties hereby request that the Court convene a final status conference in late March or early April January 2005, and agree that the time from January 24, 2005 should be excluded for purposes of the Speedy Trial Act.

| | |
|---|---|
| DANIEL GOMES | MICHAEL J. SULLIVAN |
| By His Attorney | United States Attorney |
| | By: |
| /s/John H. Cunha Jr. | /s/Donald L. Cabell |
| JOHN H. CUNHA JR., ESQ. | DONALD L. CABELL |
| Cunha & Holcomb | Assistant U.S. Attorney |
| 1 State Street | U.S. Courthouse |
| Boston, MA 02109 | 1 Courthouse Way |
| (617) 523-4300 | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3105 |

February 15, 2004