UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Crim. No. 04-10195-PBS |
| ) | |
| **DANIEL GOMES** ) | |

### MOTION TO SUPPRESS EVIDENCE FROM ILLEGAL STOP AND SEARCH

The defendant Daniel Gomes hereby moves this Court to suppress all evidence seized as a result of the illegal stop and search of the car which he was driving on April 27, 2004, including the fact that he was in the automobile. As reasons wherefore, defendant states as follows and submits the attached memorandum of law and affidavit.

The vehicle the defendant was driving was stopped for no articulable reason. The police officer responsible for stopping the vehicle, Officer Stanley Chabrek, has given no reason for the stop, neither a reason to suspect that the driver or passengers had previously been involved in criminal activity, nor any traffic violation which might have been occurring at the time of the stop. Indeed, the officer did not even write a police report of the incident. The officer simply demanded the license and registration of a driver who had obeyed all traffic laws and pulled the car over in front of a residential house.

This stop and search was illegal because the stop was not justified by "*reasonable suspicion* that the vehicle's occupants were, are, or will be engaged in criminal activity." *See United States v. Kimball*, 25 F.3d 1, 6 (1st Cir. 1994) (emphasis in original). Indeed, there is not even an allegation of criminal activity the officer could have suspected them of.

WHEREFORE, for the reasons stated above and those set forth in the attached

memorandum of law and Affidavit of Daniel Gomes, this Court should suppress all evidence seized as a result of the illegal stop and search of the car in which the defendant was riding on April 27, 2004. The defendant requests an evidentiary hearing on this motion and reserves the right to supplement the current filings after the hearing.

DANIEL GOMES
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: April 12, 2005                                      H:\Word\Crim\Gomes\Motion to Suppress Stop.wpd