UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 04-10195-PBS |
| ) | |
| DANIEL GOMES ) | |

**AFFIDAVIT OF DANIEL GOMES REGARDING AUTOMOBILE STOP ON APRIL 27, 2004**

I, Daniel Gomes, do hereby depose and state under the pains and penalties of perjury that:

1. On April 27, 2004, I picked up a friend at his house in an automobile.

2. At the corner of Campbell and Pleasant street, there was a New Bedford Police Department cruiser on the corner at the stop sign on Pleasant street. (See attached diagram/map).

3. When I stopped at the stop sign on Campbell, I hand signaled for the cruiser to go ahead because they had been there before me. They signaled for me to go, so I turned on my right blinker and took a right turn onto Pleasant street. The cruiser pulled behind me.

4. I again signaled right and took a right onto Maxfield Street, then signaled again to turn right onto State Street. (This route was necessary because there are a lot of one way streets). After taking a right on State Street, I once again signaled to take a right on to Sycamore Street.

5. As soon as I got in front of my friend's house, the New Bedford cruiser pulled us over. When I asked what I was being pulled over for, the officer replied, "Shut up, you don't ask questions, I ask all the questions." He then asked for my license and registration. As

I gave him my license and registration, I said to him "I bet you thought I didn't have a license, but I ain't do nothing wrong and I'm legal beagle."

6. The officer took my license back to his cruiser, and returned about five minutes later, saying to me "Here you go legal beagle."

7. I once again asked him why he pulled me over and he replied "Shut up and get the fuck out of here before I find something to arrest you on." The officer left.

8. After we were cleared, my friend got out of the car and headed up the driveway. The officer left.

Signed and Sworn this 4 day of April, 2005.

*Daniel Gomes*
Daniel Gomes