UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL GOMES and )<br>MICHAEL PINA, )<br>    Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10195-PBS** |

ORDER OF EXCLUDABLE TIME
April 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 8, 2005 (date of expiration of prior order of excludable time) through April 29, 2005 (date by which the Government is to file its opposition to Mr. Pina's Motion To Suppress) shall be excluded from the Speedy Trial Act.

                                          /s/Charles B. Swartwood, III
                                          CHARLES B. SWARTWOOD, III
                                          CHIEF MAGISTRATE JUDGE