UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10195-PBS

v.

DANIEL GOMES

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                              May 13, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Suppress on **June 3, 2005**, at **9:30 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

              By the Court,

              _/s/ Robert C. Alba__
              Deputy Clerk

Copies to:  All Counsel