UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DANIEL GOMES and )<br>MICHAEL PINA, )<br>     Defendants, )<br>) | **CRIMINAL ACTION<br>NO. 04-10195-PBS** |

### ORDER OF EXCLUDABLE TIME
### May 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 29, 2005 (date of expiration of prior order of excludable time) through May 17, 2005 (date by which Mr. Pina's counsel will have filed a Motion To Join Mr. Gomes' Motion To Suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE