UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) <br> ) <br> ) |
| v. | ) Crim. No. 04-10195-PBS |
| **DANIEL GOMES** | ) <br> ) <br> ) |

**DEFENDANT'S MOTION
FOR A NON-SUGGESTIVE IDENTIFICATION PROCEDURE**

The defendant, Daniel Gomes, requests that a non-suggestive identifying procedure be conducted with New Bedford Police Officer Stanley Chabrek at the June 3, 2005 evidentiary hearing in the above-named case. In support of this motion, the defendant states as follows:

1. On April 27, 2004, Officer Chabrek pulled over a vehicle after following it for several blocks.

2. Officer Chabrek gave no reason for the stop and he did not file a report regarding it. The vehicle had not committed a traffic violation and there was no reason for the officer to suspect the occupants were involved in any illegal activity. He simply demanded that the driver produce a license and registration.

3. Officer Chabrek identified the defendant as the driver and Michael Pina as a passenger. After this identification was made, the men were allowed to go on their way.

4. Count Five of the indictment in this case alleges that the defendant, along with Pina, "knowingly and intentionally possessed with intent to distribute and distributed a quantity of cocaine base" on April 27, 2004. In support of this charge, it appears that the government intends to introduce Officer Chabrek's testimony indicating that the defendant was driving the same car that was allegedly involved in an illegal sale of drugs

a short time earlier.

5.  "A district court deprives a defendant of due process by admitting evidence of an identification that has proven so impermissibly suggestive as to give rise to a very substantial likelihood of irreparable misidentification." United States v. Guzman Rivera, 990 F.2d 681, 682 (1st Cir. 1993) (citations and internal quotation marks omitted).

6.  It would be extremely suggestive to have Officer Chabrek describe or make an in-court identification of the defendant as the defendant sits before him at the defense table.

7.  To avoid the prejudice that would be caused by such a suggestive identification, the defendant requests that an in-court lineup be conducted, consisting of the defendant and at least five other males who voluntarily agree to participate.

8.  The defendant also requests that he not be present in the courtroom during Officer Chabrek's testimony.

>                              DANIEL GOMES
>                              By his attorney,
>
>                              /s/ *John H. Cunha Jr.*
>                              John H. Cunha Jr.
>                              B.B.O. No. 108580
>                              CUNHA & HOLCOMB, P.C.
>                              One State Street, Suite 500
>                              Boston, MA 02109-3507
>                              617-523-4300

Dated: June 1, 2005                              H:\Word\Crim\Gomes\Motion for Non-Suggestive ID.wpd