UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:04-10195-PBS

UNITED STATES OF AMERICA

V                                                           DEFENDANT'S MOTION TO JOIN

MICHAEL PINA

    Now comes the defendant, Michael Pina, and moves that this Honorable Court allow him to join his co-defendant, Daniel Gomes', motion to suppress.

By his attorney,

*C. Samuel Sutter* (signature)

C. Samuel Sutter
203 Plymouth Avenue
Fall River, Massachusetts 02721
Telephone: (508) 674-8633
Facsimile: (508) 673-3766

UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

DOCKET NUMBER:04-10195-PBS

UNITED STATES OF AMERICA

V                                        CERTIFICATE OF SERVICE

MICHAEL PINA


I, Theresa Z. Daher, hereby certify that on Wednesday June 2, 2005, I sent a copy of Defendant's Motion to Join to Attorney Jack Cunha at One State Street, Suite 500 Boston, MA 02109; and, United States Assistant Attorney Don Cabell, located at 1 Courthouse Way, Boston, Massachusetts 02210.

_____
Theresa Z. Daher