AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Massachusetts__

UNITED STATES
v.
MICHAEL PINA
DANIEL GOMES

EXHIBIT ▬▬▬▬ LIST

Case Number: 04-CR-10195-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Don Cabell | Jack Cunha / Sam Sutter |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 8-4-05, 9-9-05 | Lee Marzilli / Cheryl Dahlstrom Marie Cloonan | Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 8/4/05 |   | ✓ | NEW BEDFORD POLICE INFORMATION SLIP |
| 2 |   | 8/4/05 |   | ✓ | BACK SIDE OF EXHIBIT 1 |
| 3 |   | 8/4/05 |   | ✓ | MAP - MAXFIELD STREET |
|   | 1 | 8/4/05 |   | ✓ | MEMO FROM S. CHIOSERIAL TO SGT. P. OLIVEIRA |
| 4 |   | 9/9/05 |   | ✓ | MAP - ROUTE OF INTREPID VEHICLE |
|   | 2 | 9/9/05 |   | ✓ | YAHOO MAP - SYCAMORE STREET |
|   | 3 | 9/9/05 |   | ✓ | PHOTOGRAPH OF 26 SYCAMORE STREET |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages