AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Massachusetts _____

UNITED STATES
v.
MICHAEL PINA
DANIEL GOMES

WITNESS LIST

Case Number: 04-CR-10195-PBS

| PRESIDING JUDGE<br>Patti B. Saris | PLAINTIFF'S ATTORNEY<br>DON CABELL | DEFENDANT'S ATTORNEY<br>JACK CUNHA   SAM SUTTER |
|---|---|---|
| TRIAL DATE (S) 8-4-05, 9-9-05 | COURT REPORTER LEE MARZILLI<br>CHERYL ~~Marie Cloonan~~ | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 8-4-05 |   |   | STANLEY ~~CHARLES~~ CHABEREK — NEW BEDFORD POLICE |
|   | 1 | 8-4-05 |   |   | DANIEL GOMES |
| 2 |   | 9-9-05 |   |   | JASON GANGI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages