*The Commonwealth of Massachusetts*

*Registry of Motor Vehicles*

*One Copley Place, Boston  02116*

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA  02119-9100
www.mass.gov/rmv

```
SCREEN PRINT TRANSACTION_ID: CP8263SBEEDU010521541139558
08/03/2005 11:39       MASSACHUSETTS REGISTRY OF MOTOR VEHICLES           UGL1070
                              LICENSE INQUIRY SCREEN
  FUNCTION: LI   MSG:  INQUIRY PROCESS COMPLETE
   LICENSE #: S75594944                 ST: MA     SS#: ---------  PREV:

      NAME L: GOMES          F: DANIEL      M:           DOB: 09/24/1978
         SEX: M  HEIGHT: 5 10  ORGAN DONOR:     HISTORY: Y  IMG: Y   PDPS: Y
   MAIL ADDR: 471 PURCHASE ST      CITY: NEW BEDFORD    ST: MA ZIP: 02740-4907
    BLDG/APT: APT 1
   RESID ADDR:                     CITY:                ST:    ZIP:
    BLDG/APT:                      DRIVERS EDUCATION: N MILITARY: N MAB: N

  PREV NAME L:            F:           M:                DOB:

  STATUS LIC: SUS/RSU      RESTRICTIONS:         TIME:        TO:
         CDL:              PASSENGER RESTRICTION: N
  PLACARD #:        PLACARD  TYPE:      STATUS:    EXP. DATE:
  TYPE       CLASS        ENDORSEMENTS          ISSUE DATE   EXPIRATION DATE
   L          D                                 04/14/2004    09/24/2008
```

COMMONWEALTH OF MASSACHUSETTS
REGISTRY OF MOTOR VEHICLES
A TRUE COPY OF THE RECORDS ATTEST

RR-14          REGISTRAR