# Massachusetts Racial and Gender Profiling Project

## Preliminary Tabulations
January 20, 2004

Prepared by:



**Northeastern** UNIVERSITY

INSTITUTE ON RACE AND JUSTICE

# List of Tables

**Section A**

**Table A1a**: Traffic Citations for White and Non-White Drivers Compared to the Census Population – Grouped Alphabetically ...................................................... 12 ...

**Table A1b**: Traffic Citations for White and Non-White Drivers Compared to the Census Population – Grouped by Population Size .......................................... 29 ...

**Table A2a**: Traffic Citations for Male and Female Drivers Compared to the Census Population – Grouped Alphabetically ...................................................... 48 ...

**Table A2b**: Traffic Citations for Male and Female Drivers Compared to the Census Population – Grouped by Population Size ........................................ 65 ...

**Table A3a**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population – Grouped Alphabetically .. 84 ...

**Table A3b**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population – Grouped by Population Size ................................................................................................ 101 ...

**Table A4a**: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population – Grouped Alphabetically ...................................................................................... 120 ...

**Table A4b**: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population – Grouped by Population Size .............................................................................. 137 ...

**Section B**

**Table B1a-f**: Driving Population Estimate Draw Listings for All Communities.................................................................................... 158 ...

**Table B2a**: Traffic Citations for White and Non-White Drivers Compared to the Driving Population Estimate – Grouped Alphabetically .............................. 166 ...

**Table B2b**: Traffic Citations for White and Non-White Drivers Compared to the Driving Population Estimate – Grouped by Population Size .......................... 180 ...

**Table B3a**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Driving Population Estimate – Grouped Alphabetically ...................................................................................... 196 ...

*Draft – For Discussion Only*

**Table B3b**: Traffic Citations for White, Black, Hispanic, Asian and Native 209
American Drivers Compared to the Driving Population Estimate – Grouped by
Population Size ......................................................................... ...

**Section C**

**Table C1a**: Traffic Citations for White and Non-White Drivers Which Result in a 227
Search for All Citations – Grouped Alphabetically .................................... ...

**Table C1b**: Traffic Citations for White and Non-White Drivers Which Result in a 242
Search for All Citations – Grouped by Population Size ............................... ...

**Table C2a**: Traffic Citations for Female and Male Drivers Which Result in a 259
Search for All Citations – Grouped Alphabetically .................................... ...

**Table C2b**: Traffic Citations for Female and Male Drivers Which Result in a 274
Search for All Citations – Grouped by Population Size ............................... ...

**Table C3a**: Traffic Citations for White, Black, Hispanic, Asian, Middle Eastern 291
and Native American Drivers Which Result in a Search for All Citations –
Grouped Alphabetically ................................................................ ...

**Table C3b**: Traffic Citations for White, Black, Hispanic, Asian, Middle Eastern 307
and Native American Drivers Which Result in a Search for All Citations –
Grouped by Population Size ............................................................ ...

**Table C4a**: Traffic Citations for White Male, Non-White Male, White Female and 323
Non-White Female Drivers Which Result in a Search for All Citations – Grouped
Alphabetically ......................................................................... ...

**Table C4b**: Traffic Citations for White Male, Non-White Male, White Female and 338
Non-White Female Drivers Which Result in a Search for All Citations – Grouped
by Population Size ..................................................................... ...

**Table C5a**: Traffic Citations for White and Non-White Drivers Which Result in a 355
Search for Only Citations Without Arrests – Grouped Alphabetically ................ ...

**Table C5b**: Traffic Citations for White and Non-White Drivers Which Result in a 371
Search for Only Citations Without Arrests – Grouped by Population Size ........... ...

*Draft – For Discussion Only*

**Goals of the Preliminary Release of Data**

The goal of this preliminary report is to provide information to communities about traffic citations that have occurred in their jurisdiction between April 1, 2001 and June 30, 2003.[1] For many communities this will be the first time they have seen an official report concerning their traffic citation data and been able to review the information to see if it corresponds to the traffic stop goals of their law enforcement departments. We are releasing these preliminary tabulations so that police departments and community members can offer comment about the report and can receive clarification about what questions traffic citation data can answer. The preliminary data may also assist communities and police departments in opening or continuing an informed dialogue on this topic.

From the outset it is important to note that aggregate data, such as the data presented in this preliminary report can indicate patterns of disparate traffic citation activity in a department but cannot identify the motives involved in individual traffic stop, citation or other enforcement decisions. Therefore, this preliminary report should not be read as an indication of racial profiling by any Massachusetts law enforcement agency. Social science cannot provide reliable explanations for what individual officers are thinking when they decided to stop or cite a particular motorist. Social science can, however, help to identify whether certain groups are disproportionately targeted for enforcement practices.

Research on racial profiling in traffic stops is a relatively new area of inquiry. Although numerous studies have begun to address questions of differential treatment in traffic stops, no absolute consensus exists about the best way to determine disparities. Racial disparities in citations can result from a number of factors that social scientists are just beginning to understand. Bias on the part of an individual officer is one of several possible explanations for disparities in citations. For example, certain department enforcement strategies or allocation of patrol resources – while perhaps race neutral on their face – may result in the disparate treatment of particular racial groups. In some communities, police commanders may assign a larger number of officers to a particular neighborhood because that neighborhood has more crime and thus an increased need for police services. It may then be the case that police assigned to this high crime area engage in traffic enforcement as part of their normal patrol activities and since there are more police working in this neighborhood, individuals who live, work or drive through this neighborhood are more likely to be stopped and cited than individuals who live in other neighborhoods. If the neighborhoods where police assign additional patrols are neighborhoods where people of color are more likely to live, then the deployment decision may result in racial disparities in traffic citations.

---

[1] The original intent of the legislation was to conduct an analysis for one year. Northeastern University received data from the Registry of Motor Vehicles which covered a much larger time period. In consultation with the Executive Office of Public Safety and the Racial and Gender Profiling Working Group, Northeastern University conducted an analysis on all citations for the full time period that data was available in order to provide communities with the most information that was possible to assess any potential disparities in traffic citations. In the final report Northeastern University plans to release data partitioned by year so that stakeholders can identify any changes in trends that have occurred during the course of data collection.

*Draft – For Discussion Only*

Regardless of why they occur, racial disparities may impose serious costs on minority citizens as well as well as create societal costs on race relations which may influence how community members perceive the police in their community. As indicated in a previous news story and analysis by the Boston Globe, disproportionate traffic citations may result in increased insurance premiums for those targeted by the police.[2] In addition to the individual financial costs, these kinds of disparities may erode the trust between the police and members of their local community. If members of certain communities perceive that they are targeted by the police, they may be reluctant to report crimes, and equally important, to work with police to solve the crimes that have been reported. This situation can have serious implications for the overall public safety of a community.

While this analysis cannot identify instances of racial profiling in Massachusetts communities it does provide a context for community wide discussions about the existence of racial disparities. The level of disparity that is acceptable in a particular community is not a statistical question. Rather, it is a public policy question that should be resolved through discussions with all necessary stakeholders. We present each set of data in two formats: 1) in alphabetical order so communities can easily find their data and 2) grouped by population size so communities can review their level of disparity in comparison to other similar sized communities. In addition to addressing questions about disparities in traffic citations, this study will examine the extent to which race plays a role in post-stop activity, such as searches. This has been an area of much controversy in the literature with many existing studies identifying racial disparities in the likelihood of searches once stopped by the police.

We suggest that law enforcement officials work with local members of minority groups in their community and begin a discussion of the data presented here. In some communities small levels of disparity may be acceptable to both the local community members and the police for any number of reasons. For example, it may be that both the police and community believe that small annual fluctuations above or below a zero level of disparity will even out over time. Or it may be that a specific enforcement activity caused a temporary increase in number of drivers from a particular racial and gender group who were cited. Alternatively, the police and community members may believe that this pattern of enforcement improves the public safety of a community. In other communities a similar level of racial disparities in traffic citations may be viewed as an unacceptable cost of traffic enforcement policies in which the community and the police may wish to work together to reduce the disparities. In communities where disparities are unusually high compared to other similar communities, law enforcement officials should promptly engage the community in a discussion of ways to reduce the disparity. In addition to releasing the report for comment, the staff of Northeastern University, Institute on Race and Justice will be conducting a series of open meetings across the Commonwealth to received input about the report and discuss the meaning of different findings with interested police and community representatives. The results of these processes will inform the analysis in the final report.

---

[2] Bill Dedman and Francie Latour (2003) "Speed Trap: Who Gets A Ticket, Who Gets A Break" *Boston Globe*, July 20, A1.

*Draft – For Discussion Only*

**National Concern about Racial Profiling and Massachusetts Legislative Response**
The existence and perception of racial and gender profiling are serious issues facing contemporary law enforcement. Under a community policing model, truly effective policing can only be achieved when police both protect the members of their communities from crime and simultaneously respect the civil liberties of all those in their community. Confronting the controversial issue of racial profiling is a necessary step toward building effective police-community partnerships. Traffic stops are the most frequent form of contact that law enforcement has with the citizenry. Recent information from the Bureau of Justice Statistics indicates that traffic stops are the most common cause of police citizen interaction, reported three times more often than any other type of contact.[3] Because they are such a common source of interaction, traffic stops have the potential to dramatically shape how individuals perceive the police and thus have been the focus nationally of much of the debate around racial profiling.

Racial profiling is generally understood as the practice of targeting or stopping a pedestrian or motor vehicle based primarily on the person's race, rather than any individualized suspicion. The popular understanding of the term racial profiling is derived from the "profile" of drug couriers developed by the Drug Enforcement Agency during the mid-1980s to interdict interstate drug trafficking. Recently, there has been an increased public debate about the discretionary decisions officers make during traffic enforcement, including the decision to stop, search and cite motorists. While a number of factors may influence an officer's decision to stop and search an individual, it has been suggested that some police officers inappropriately use race when making decisions about whom to stop, search or cite.[4] It should be noted that the term profiling refers to the individual motivation of an office to make a stop, issue a citation or search a vehicle. This analysis cannot determine officer motive, and can only note aggregate trends by jurisdictions. It may be that aggregate trends for any given law enforcement agency are indicative of the cumulative effect of the underlying motivation of individual officers. This study analyzes the aggregate results of officer decisions and looks for patterns to help identify places where it is necessary to gather more information to understand the underlying motivation of officers.

Similar questions about gender disparities in traffic stops have recently been given new attention. Following a number of highly publicized incidents of officers sexually abusing women following routine traffic stops some have begun to question whether certain officers use their traffic enforcement powers disproportionately against female drivers.[5] The problem of "driving while female" parallels the national problem of racial profiling – questions remain about when a driver's gender should appropriately be considered in the decision to stop or cite a motor vehicle. In fact, preliminary analysis from other jurisdictions indicates that young males may be disproportionately likely to be stopped, cited, and searched. At the present time there is little empirical evidence about how gender influences the discretionary decisions of police. Moreover,

---

[3] Patrick Langan, Lawrence Greenfeld, Steven Smith, Matthew Dunrose and David Levin (2001). Contacts Between Police and the Public: Findings from the 1999 National Survey. Washington, D.C.: Bureau of Justice Statistics.
[4] Although there are numerous public claims of racial profiling for a general review of the issues see: Gary Webb (1999). "DWB." *Esquire*, April, pp. 118-127; David Harris (2000). "Driving While Black" American Civil Liberties Union, and Ronald Weitzer (1999). "Citizens' Perceptions of Police Misconduct: Race and Neighborhood Contexts" *Justice Quarterly*, 16: 819-846.
[5] Michael Luo (2001) "Officers May Face Federal Charges," *Newsday,* March 9.

*Draft – For Discussion Only*

scholarship on profiling is only beginning to address the interactive effects of gender and race in an officer's decision to stop, cite, or search motorists.

In response to national and local concerns about issues of racial and gender profiling the Massachusetts legislature passed Chapter 228 of the Acts of 2000 providing for data collection on traffic citations issued in the Commonwealth. The Act was intended to provide data necessary for a statewide assessment of racial and gender profiling with the overall aim of eliminating any instances of profiling. One component of this act requires the Registry of Motor Vehicles to record data on the race, gender, and search status of individuals receiving a written warning or citation. The data collected by the registry between April 1, 2001 and June 30, 2003 provides the basis for the statewide analysis presented in this preliminary report.

## Limitations of the Massachusetts Study

The study in Massachusetts has a number of significant limitations that affect the types of questions that this study can address and depth of the potential responses. One of the most serious limitations in Massachusetts is that due to the language in the legislation data for this analysis was only collected for traffic stops that resulted in a citation being issued. In many other states (e.g. Rhode Island, Missouri, and Illinois) data is being collected on all traffic stops regardless of the outcome. Having only citation data limits our analysis in a number of ways. For example, we have no information on those individuals stopped who received a verbal warning and were told to go on their way. If one group of drivers (e.g. female drivers or black drivers) were more likely to be verbally warned than other drivers we would not be able to address this problem since we have no information on these stops. Additionally, the Massachusetts study relied on law enforcement officers to self-report the race and gender of drivers on the Massachusetts Uniform Citation. While we believe that the majority of officers completely and accurately recorded information about traffic citation activity, it is important to note that the percentage of inaccurate information reported on citations is unknown.

It is also important to understand that aggregate data on the demographics of citations can indicate patterns of disparate traffic stop activity in a department but cannot tease out the motives of individual traffic stops or other enforcement decisions. Although we are not able to assess individual officer motives, the analysis of community level citation data can inform conclusions about slightly different questions. For example, with this data we can address questions about the racial demographics of traffic enforcement in particular departments. Instead of identifying individual acts of profiling, this study examines the aggregate patterns of traffic citations within a jurisdiction to determine if there are disparities between the proportion of non-whites cited by the police as compared to the proportion of non-whites in the driving population. In addition to addressing questions about disparities in traffic citations, this study will examine the extent to which race plays a role in post-stop activity, such as searches at the aggregate or community level.

The absence of data on all traffic stops limits our ability to identify racial disparities in searches. In other studies of traffic stops, it has been noted that statewide approximately one-half of the

4                                                                                    *Draft – For Discussion Only*

drivers stopped receive a citation.[6]  While there is much local variation in the likelihood of receiving a citation once stopped, it remains true that many drivers are stopped and do not receive any formal citation.  In addition, some drivers are also subject to searches as part of the traffic stop but no traffic citation is issued.  One result of this is that in Massachusetts we do not have any information on some number of traffic stops where searches occurred but no citation was written.  If these kinds of traffic stops were more likely to happen to one racial or gender group more than another we would have no information on that disparity.

Another significant limitation of the study is the lack of specific neighborhood or street-level information about the location of citations and written warnings.  Citation and warning data received from the Registry of Motor Vehicles only indicates the city or jurisdiction in which the citation or written warning was issued, with the exception of Boston where district level information is specified in the RMV data.  The lack of specific neighborhood information limits our ability to determine if certain neighborhoods in a city have greater levels of disparity than others.  Additionally, we are unable to assess whether city-wide disparities may be explained by targeted traffic enforcement activities in particular neighborhoods or sections of a community.

The study was originally limited by a lack of data on written warnings as well as verbal warnings.  Due to funding significantly below the amount requested, the Registry of Motor Vehicles concluded that it was not financially possible to continue to computerize data on written warnings.  They initially computerized only two months of data for April and May of 2001.  This data would be insufficient to serve as a basis for any reliable statistical analysis of racial or gender disparities in written warnings.  With an additional $150,000 that was appropriated by the legislature, the Registry of Motor Vehicles determined that only a sample of 200,0000 warnings could be computerized, and worked with Northeastern to best determine how to maximize the benefit that could be achieved with the limited number of warnings that could be computerized.  Warnings that were selected to be computerized resulted from a set of randomly selected days from June 1, 2001 through June 30, 2003.[7]  This sample of warnings will allow for an analysis of racial differences in the decision to issue a warning rather than issuing a citation in a large number of Massachusetts communities.  Due to the late date when this data became available to Northeastern this analysis will be included in the Final Report from this project.

## Format and Analysis in Final Report

The final report will differ from this preliminary report in a number of ways.  First the final report will be informed by the comment received from both law enforcement and community members on this preliminary report.  Second, the final report will provide more precise statistical analysis of racial and gender disparities in search decisions.  Finally, the final report will rank communities by the level of disparity across multiple measures.  Specifically the final report will

---

[6] For example in Rhode Island only 54% of all stops resulted in the issuance of a citation, for more information see Amy Farrell, Jack McDevitt, Shea Cronin, Erica Pierce (2003) Rhode Island Traffic Stop Statistics Final Report.
[7] During the first two months of the study (April 1, 2001 through May 31, 2001) the Registry of Motor Vehicles computerized all written warnings.  Therefore our sample of warnings did not include these first two months when all data had previously been computerized.

*Draft – For Discussion Only*

provide a table which ranks each agency by the level of disparity in citations when compared to census data, the level of disparity in citations when compared to a driving population estimate that predicts the demographics of drivers on the roadways in each community, the level of disparity in searches and the level of disparity in other outcomes specifically the decision to issue a citation versus the decision to issue a warning to a motorist who has been stopped.

The analysis in the final report will still be limited by most of the explanations cited above. This report will have some additional information on a sample of stops that resulted in a warning being issued but we will still not have information on all traffic stops. In addition we will still not be able to identify if certain neighborhoods in communities are experiencing greater levels of disparity than others (with Boston as the one exception).

As envisioned in the state legislation which mandated this initial round of data collection, the final report will identify communities with the greatest levels of racial and gender disparities. We will do that by looking across multiple measures. Communities at the highest level of concern will be those communities that have large disparities across multiple measures such as citations, searches and warnings. The legislation directs the Secretary of Public Safety, in consultation with the Attorney General, to determine which communities have disparities that require them to collect additional data. The report will provide the Secretary of Public Safety with statistical data to determine if any Massachusetts communities should be required to collect additional data due to concerns raised by this report, along with recommendations on how to make determination about the significance of observed levels of disparity.

We believe this preliminary report represents a first step in a process of dealing with racial disparities in traffic stops, not an end of the process. The issues involved in racial profiling are complex and involve the perception of good faith on the part of officers and departments. If members of the community believe that their officers are acting in good faith to assure their public safety they will be less likely to see interaction with their local police as biased. If however, community members feel their local police are acting in a biased or unfair way, they will be much more likely to view individual police actions as motivated in part by bias. We believe that this preliminary report offers local police and their communities the ability to begin a series of informed discussions about the issues of traffic enforcement practices in their communities.

*Draft – For Discussion Only*

## Table A2: Traffic Citations for Male and Female Drivers Compared to the Census Population

- **Table A2a**: Traffic Citations for Male and Female Drivers Compared to the Census Population – Grouped Alphabetically

- **Table A2b**: Traffic Citations for Male and Female Drivers Compared to the Census Population – Grouped by Population Size

In the following tables comparisons are made between the sex of individuals cited in each jurisdiction compared to the census population for each community broken down by sex for the residents 18 years old and older.

The tables are presented two different ways. First the jurisdictions are presented alphabetically (Table A2a). Second the jurisdictions are grouped into categories of cities and towns based on population size (Table A2b). These groupings are based on the population categories used by the FBI for police agencies in the Uniform Crime Reporting Program.

### HOW TO READ THE TABLES

The statistical information is presented the same way in both the alphabetical and population size grouped tables. Only the order in which jurisdictions are presented differs in the two sets of tables.

- **The first column lists the law enforcement agencies.** As with the previous white and non-white tables, only agencies that reported citations to the Registry of Motor Vehicles between April 1, 2001 and June 30, 2003 are listed in this column.[10]

- **The second column lists the total number of citations reported for each agency between April 1, 2001 and June 30, 2003.** It is important to note that for citations to be included in this chart they must include both agency name and sex of the driver. As a result, some jurisdictions may have written more citations during the study period but if the citations were missing sex information they were not included in this analysis. As a result, the number of citations listed in Table A2 may not always match the number of citations listed in other tables.

- **The third and fourth columns provide information about who was cited.** The percentages listed in these two columns provide information on the distribution of citations across male and female drivers. For example, in Abington 27.8% of the drivers who were cited were female and 72.2% of the drivers cited were male.

- **The fifth, sixth and seventh columns present information from the 2000 census about the sex of the 18+ residential populations of each jurisdiction.** Column five

---

[10] During the study period some agencies reported written warnings to the Registry of Motor Vehicles, but did not report any citations. For a full list of these agencies please refer to footnote 9.

*Draft – For Discussion Only*

provides the total 18+ residential population for each jurisdiction. Columns six and seven provide information about the proportion of residents who are male and female. As noted earlier some agencies such as university, college and transportation police have no appropriate census population against which to compare the demographics of their citations. Therefore, in such agencies demographics of citations are presented without any corresponding census information or calculated disparities and are designated with "NA."

- **The final column provides the difference in % between the male cited population and the male residential census population for each jurisdiction.** In most jurisdictions proportionately more males are cited than reside in the community. For example in the first jurisdiction, Abington 72.2% of the drivers who were cited were male compared to a residential population which is 47.8% male, yielding a difference in percent of 24.4%.

47

Table A2a: Traffic Citations for Male and Female Drivers Compared to the Census Population — Grouped Alphabetically

| Agency | Citations | | | Census Benchmark (Population 18 and Older) | | | |
|---|---|---|---|---|---|---|---|
| | Citations | % Female | % Male | Total Population | % Female | % Male | Sex Disparity |
| Abington | 1,971 | 27.8 | 72.2 | 10,867 | 52.2 | 47.8 | 24.4 |
| Acton | 3,880 | 31.6 | 68.4 | 14,339 | 51.5 | 48.5 | 19.9 |
| Acushnet | 1,007 | 16.2 | 83.8 | 7,787 | 51.8 | 48.2 | 35.6 |
| Adams | 964 | 34.5 | 65.5 | 6,832 | 54.0 | 46.0 | 19.5 |
| Agawam | 2,036 | 24.6 | 75.4 | 21,931 | 53.5 | 46.5 | 28.9 |
| Amesbury | 3,998 | 29.3 | 70.7 | 12,157 | 52.7 | 47.3 | 23.4 |
| Amherst | 2,336 | 28.8 | 71.2 | 30,398 | 52.4 | 47.6 | 23.6 |
| AMTRAK | 5 | 0.0 | 100.0 | NA | NA | NA | NA |
| Andover | 7,395 | 29.0 | 71.0 | 22,259 | 53.2 | 46.8 | 24.2 |
| Aquinnah | 93 | 20.4 | 79.6 | 257 | 54.1 | 45.9 | 33.7 |
| Arlington | 2,930 | 31.0 | 69.0 | 34,605 | 54.6 | 45.4 | 23.6 |
| Ashburnham | 1,093 | 26.2 | 73.8 | 3,940 | 50.2 | 49.8 | 24.0 |
| Ashby | 724 | 17.1 | 82.9 | 2,047 | 50.2 | 49.8 | 33.1 |
| Ashfield | 384 | 26.6 | 73.4 | 1,372 | 53.0 | 47.0 | 26.4 |
| Ashland | 1,180 | 22.5 | 77.5 | 10,967 | 52.2 | 47.8 | 29.7 |
| Athol | 946 | 30.9 | 69.1 | 8,424 | 53.0 | 47.0 | 22.2 |
| Attleboro | 12,650 | 39.3 | 60.7 | 31,394 | 52.4 | 47.6 | 13.0 |
| Auburn | 4,967 | 28.4 | 71.6 | 12,285 | 53.3 | 46.7 | 24.9 |
| Avon | 1,800 | 28.2 | 71.8 | 3,442 | 53.2 | 46.8 | 25.0 |
| Ayer | 2,744 | 29.7 | 70.3 | 5,539 | 51.6 | 48.4 | 21.9 |
| B&M Railroad | 69 | 24.6 | 75.4 | NA | NA | NA | NA |
| Barnstable | 8,411 | 32.6 | 67.4 | 37,323 | 53.2 | 46.8 | 20.6 |
| Barre | 466 | 24.7 | 75.3 | 3,661 | 51.1 | 48.9 | 26.4 |
| Becket | 303 | 23.8 | 76.2 | 1,341 | 49.7 | 50.3 | 25.9 |
| Bedford | 3,325 | 34.8 | 65.2 | 9,623 | 50.9 | 49.1 | 16.1 |
| Belchertown | 2,140 | 29.2 | 70.8 | 9,429 | 52.1 | 47.9 | 22.9 |
| Bellingham | 3,427 | 21.9 | 78.1 | 11,204 | 51.5 | 48.5 | 29.6 |

*Draft – For Discussion Only*

48

55

| Agency | Citations | | | Census Benchmark (Population 18 and Older) | | | Sex Disparity |
|---|---|---|---|---|---|---|---|
| | Citations | % Female | % Male | Total Population | % Female | % Male | |
| N. Adams | 1,745 | 35.8 | 64.2 | 11,399 | 54.5 | 45.5 | 18.7 |
| N. Andover | 5,094 | 32.6 | 67.4 | 20,276 | 53.4 | 46.6 | 20.8 |
| N. Attleborough | 6,569 | 33.6 | 66.4 | 19,852 | 52.3 | 47.7 | 18.7 |
| N. Brookfield | 399 | 27.8 | 72.2 | 3,407 | 51.8 | 48.2 | 24.0 |
| N. Reading | 770 | 20.0 | 80.0 | 10,026 | 51.4 | 48.6 | 31.4 |
| Nahant | 1,114 | 21.0 | 79.0 | 2,956 | 53.6 | 46.4 | 32.5 |
| Nantucket | 1,268 | 19.6 | 80.4 | 7,692 | 48.8 | 51.2 | 29.2 |
| Natick | 10,815 | 37.6 | 62.4 | 24,769 | 54.0 | 46.0 | 16.4 |
| Needham | 1,716 | 38.3 | 61.7 | 21,335 | 54.4 | 45.6 | 16.0 |
| New Bedford | 8,003 | 26.5 | 73.5 | 70,441 | 54.2 | 45.8 | 27.7 |
| New Braintree | 153 | 37.3 | 62.7 | 655 | 49.3 | 50.7 | 12.1 |
| New Marlborough | 14 | 42.9 | 57.1 | 1,125 | 48.9 | 51.1 | 6.0 |
| New Salem | 773 | 26.5 | 73.5 | 704 | 50.0 | 50.0 | 23.5 |
| Newbury | 1,090 | 23.7 | 76.3 | 4,897 | 52.2 | 47.8 | 28.5 |
| Newburyport | 3,225 | 31.8 | 68.2 | 13,638 | 54.7 | 45.3 | 22.9 |
| Newton | 10,636 | 40.6 | 59.4 | 66,018 | 54.7 | 45.3 | 14.1 |
| Norfolk | 741 | 24.0 | 76.0 | 7,611 | 38.9 | 61.1 | 14.8 |
| Northampton | 4,170 | 36.0 | 64.0 | 24,061 | 58.5 | 41.5 | 22.5 |
| Northborough | 2,436 | 28.6 | 71.4 | 9,881 | 51.8 | 48.2 | 23.2 |
| Northbridge | 1,232 | 27.3 | 72.7 | 9,558 | 53.6 | 46.4 | 26.3 |
| Northfield | 1,804 | 32.6 | 67.4 | 2,175 | 52.8 | 47.2 | 20.2 |
| Norton | 1,310 | 17.6 | 82.4 | 13,175 | 53.7 | 46.3 | 36.1 |
| Norwell | 1,419 | 28.6 | 71.4 | 6,973 | 52.5 | 47.5 | 23.9 |
| Norwood | 4,045 | 34.1 | 65.9 | 22,652 | 53.6 | 46.4 | 19.5 |
| Oak Bluffs | 1,988 | 26.5 | 73.5 | 2,875 | 51.8 | 48.2 | 25.2 |
| Oakham | 348 | 31.0 | 69.0 | 1,177 | 50.0 | 50.0 | 19.0 |
| Orange | 541 | 23.1 | 76.9 | 5,514 | 53.3 | 46.7 | 30.2 |
| Orleans | 1,255 | 24.6 | 75.4 | 5,468 | 54.3 | 45.7 | 29.7 |
| Otis | 282 | 26.2 | 73.8 | 1,068 | 48.0 | 52.0 | 21.8 |

## Table A3: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population

- **Table A3a**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population – Grouped Alphabetically

- **Table A3b**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population – Grouped by Population Size

In the following tables comparisons are made between the race of individuals cited in each jurisdiction compared to the census population for each community broken down by each racial group for residents 18 years old and older.

The tables are presented two different ways. First the jurisdictions are presented alphabetically (Table A3a). Second the jurisdictions are grouped into categories of cities and towns based on population size (Table A3b). These groupings are based on the population categories used by the FBI for police agencies in the Uniform Crime Reporting Program.

### HOW TO READ THE TABLES

The statistical information is presented the same way in both the alphabetical and population size grouped tables. Only the order in which jurisdictions are presented differs in the two sets of tables.

- **The first column lists the law enforcement agencies**. As with the previous tables, only agencies that reported citations to the Registry of Motor Vehicles between April 1, 2001 and June 30, 2003 are listed in this column.[11]

- **The second column lists the total number of citations reported for each agency between April 1, 2001 and June 30, 2003.** It is important to note that for citations to be included in this chart they must include both agency name and race of the driver. As a result, some jurisdictions may have written more citations during the study period but if the citations were missing race information they were not included in this analysis.

- **Columns three through seven provide the demographics of citations across all race categories identified on the Massachusetts Uniform Citation (White, Black, Hispanic, Asian and Native American).** For example, in Abington 87.1% of those cited were white, 7.9% were Black, 4.6% were Hispanic, 0.4% were Asian and 0% were Native American.

- **Columns eight through twelve provide the demographics of the 18+ census population across each of the race categories for each community.** For example,

---

[11] During the study period some agencies reported written warnings to the Registry of Motor Vehicles, but did not report any citations. For a full list of these agencies please refer to footnote 9.

*Draft – For Discussion Only*

in Abington, 97.4% of the census population is a white, 0.7% is Black, 0.5% is Hispanic, 0.4% is Asian and 0.1% is Native American.

83

Table A3a: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Census Population — Grouped Alphabetically

| Agency | Citations | | | | | | Census Benchmark (Population 18 and Older) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White | % Black | % Hispanic | % Asian | % Native American | % White | % Black | % Hispanic | % Asian | % Native American |
| Abington | 1,941 | 87.1 | 7.9 | 4.6 | 0.4 | 0.0 | 97.4 | 0.7 | 0.5 | 0.4 | 0.1 |
| Acton | 3,547 | 87.7 | 3.4 | 4.2 | 4.5 | 0.2 | 88.4 | 0.7 | 1.5 | 8.3 | 0.1 |
| Acushnet | 996 | 92.1 | 5.6 | 2.1 | 0.2 | 0.0 | 97.4 | 0.4 | 0.6 | 0.1 | 0.2 |
| Adams | 949 | 94.3 | 4.0 | 1.1 | 0.6 | 0.0 | 98.2 | 0.3 | 0.7 | 0.3 | 0.1 |
| Agawam | 2,003 | 89.8 | 4.0 | 5.5 | 0.6 | 0.0 | 96.0 | 0.9 | 1.5 | 0.9 | 0.1 |
| Amesbury | 3,963 | 93.8 | 1.9 | 3.5 | 0.8 | 0.0 | 99.1 | 0.6 | 0.0 | 0.0 | 0.0 |
| Amherst | 2,323 | 84.3 | 7.5 | 4.1 | 4.1 | 0.0 | 97.3 | 0.4 | 0.7 | 0.5 | 0.2 |
| AMTRAK | 4 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 78.5 | 4.5 | 5.4 | 9.0 | 0.2 |
| Andover | 7,283 | 76.5 | 2.6 | 17.6 | 3.3 | 0.1 | 91.7 | 0.7 | 1.5 | 5.5 | 0.0 |
| Aquinnah | 93 | 86.0 | 7.5 | 5.4 | 0.0 | 1.1 | 57.2 | 0.0 | 1.6 | 0.0 | 34.2 |
| Arlington | 2,901 | 81.0 | 7.6 | 6.2 | 4.8 | 0.5 | 90.9 | 1.5 | 1.6 | 4.8 | 0.1 |
| Ashburnham | 1,056 | 93.5 | 2.0 | 4.1 | 0.5 | 0.0 | 97.4 | 0.2 | 1.1 | 0.4 | 0.1 |
| Ashby | 723 | 90.7 | 3.6 | 4.0 | 1.7 | 0.0 | 97.8 | 0.2 | 0.8 | 0.4 | 0.2 |
| Ashfield | 380 | 98.2 | 0.5 | 0.5 | 0.8 | 0.0 | 97.3 | 0.8 | 0.4 | 0.2 | 0.1 |
| Ashland | 1,145 | 83.7 | 4.5 | 10.9 | 0.6 | 0.3 | 90.8 | 1.7 | 2.6 | 2.5 | 0.1 |
| Athol | 929 | 93.8 | 2.0 | 3.3 | 0.9 | 0.0 | 96.5 | 0.4 | 1.4 | 0.4 | 0.1 |
| Attleboro | 12,249 | 89.6 | 3.5 | 4.9 | 2.0 | 0.0 | 90.5 | 1.3 | 3.9 | 2.9 | 0.2 |
| Auburn | 4,948 | 87.4 | 4.1 | 6.1 | 2.3 | 0.1 | 97.4 | 0.5 | 0.8 | 0.8 | 0.1 |
| Avon | 1,754 | 58.2 | 29.9 | 10.7 | 1.2 | 0.0 | 93.8 | 2.9 | 1.4 | 0.8 | 0.3 |
| Ayer | 2,704 | 87.3 | 4.4 | 6.3 | 2.1 | 0.0 | 85.7 | 5.7 | 3.9 | 3.0 | 0.2 |
| B&M Railroad | 68 | 88.2 | 1.5 | 8.8 | 1.5 | 0.0 | NA | NA | NA | NA | NA |
| Barnstable | 8,342 | 88.9 | 7.4 | 3.2 | 0.4 | 0.0 | 92.0 | 2.4 | 1.4 | 0.7 | 0.5 |
| Barre | 462 | 98.1 | 0.4 | 1.5 | 0.0 | 0.0 | 98.0 | 0.5 | 0.5 | 0.2 | 0.1 |
| Becket | 301 | 94.7 | 2.3 | 2.3 | 0.7 | 0.0 | 97.4 | 0.7 | 0.8 | 0.4 | 0.2 |
| Bedford | 3,298 | 87.8 | 2.9 | 3.1 | 6.1 | 0.2 | 91.1 | 1.7 | 1.4 | 5.1 | 0.2 |
| Belchertown | 2,114 | 91.3 | 3.8 | 1.8 | 2.9 | 0.1 | 95.9 | 0.7 | 1.3 | 1.0 | 0.2 |

Draft – For Discussion Only

| Agency | Citations | | | | | | Census Benchmark (Population 18 and Older) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White | % Black | % Hispanic | % Asian | % Native American | % White | % Black | % Hispanic | % Asian | % Native American |
| Mt Wachusett CC | 2 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA | NA | NA | NA | NA |
| N. Adams | 1,735 | 93.7 | 4.5 | 1.4 | 0.4 | 0.1 | 93.1 | 0.7 | 1.7 | 3.8 | 0.0 |
| N. Andover | 5,031 | 81.5 | 2.5 | 13.4 | 2.4 | 0.2 | 95.6 | 0.8 | 1.2 | 1.7 | 0.1 |
| N. Attleborough | 6,457 | 91.7 | 2.6 | 4.3 | 1.3 | 0.1 | 97.7 | 0.3 | 0.7 | 0.1 | 0.2 |
| N. Brookfield | 397 | 98.0 | 1.3 | 0.5 | 0.3 | 0.0 | 95.3 | 1.4 | 1.5 | 0.7 | 0.2 |
| N. Reading | 767 | 92.3 | 2.6 | 3.4 | 1.6 | 0.1 | 97.2 | 0.4 | 0.7 | 1.3 | 0.0 |
| Nahant | 1,016 | 86.9 | 6.7 | 5.4 | 1.0 | 0.0 | 96.9 | 0.3 | 0.8 | 0.9 | 0.1 |
| Nantucket | 1,263 | 84.3 | 9.8 | 5.3 | 0.6 | 0.0 | 85.8 | 9.6 | 2.3 | 0.7 | 0.0 |
| Natick | 10,734 | 81.8 | 5.3 | 9.4 | 3.4 | 0.1 | 91.6 | 1.6 | 1.8 | 3.7 | 0.1 |
| Needham | 1,695 | 88.2 | 3.9 | 5.4 | 2.4 | 0.1 | 94.7 | 0.6 | 1.0 | 3.3 | 0.0 |
| New Bedford | 7,731 | 76.5 | 11.2 | 11.9 | 0.4 | 0.0 | 78.9 | 3.4 | 7.9 | 0.6 | 0.4 |
| New Braintree | 150 | 98.0 | 1.3 | 0.7 | 0.0 | 0.0 | 98.8 | 0.0 | 0.5 | 0.2 | 0.2 |
| New Marlborough | 12 | 91.7 | 8.3 | 0.0 | 0.0 | 0.0 | 97.8 | 1.0 | 0.9 | 0.0 | 0.0 |
| New Salem | 771 | 88.7 | 3.5 | 2.9 | 4.9 | 0.0 | 96.0 | 0.9 | 0.6 | 0.3 | 0.6 |
| Newbury | 1,088 | 95.6 | 1.6 | 1.7 | 1.1 | 0.0 | 98.3 | 0.2 | 0.5 | 0.3 | 0.1 |
| Newburyport | 3,197 | 96.1 | 1.3 | 1.8 | 0.9 | 0.0 | 97.9 | 0.4 | 0.7 | 0.5 | 0.1 |
| Newton | 9,789 | 87.8 | 3.9 | 2.9 | 5.4 | 0.1 | 87.2 | 2.0 | 2.3 | 7.3 | 0.1 |
| Norfolk | 733 | 95.0 | 2.2 | 2.2 | 0.7 | 0.0 | 84.9 | 6.4 | 6.3 | 1.1 | 0.3 |
| Northampton | 4,159 | 89.8 | 3.3 | 5.5 | 1.3 | 0.1 | 89.2 | 1.9 | 4.1 | 3.1 | 0.2 |
| Northborough | 2,411 | 83.2 | 4.4 | 8.3 | 3.9 | 0.1 | 92.8 | 0.7 | 1.2 | 4.9 | 0.1 |
| Northbridge | 1,222 | 94.0 | 3.0 | 2.4 | 0.6 | 0.0 | 96.6 | 0.5 | 1.3 | 0.3 | 0.2 |
| Northfield | 1,799 | 95.6 | 1.6 | 1.3 | 1.4 | 0.1 | 98.5 | 0.0 | 0.4 | 0.2 | 0.2 |
| Norton | 1,296 | 93.1 | 4.2 | 2.2 | 0.5 | 0.0 | 90.5 | 1.1 | 1.1 | 1.0 | 0.1 |
| Norwell | 1,413 | 93.2 | 3.4 | 3.0 | 0.4 | 0.0 | 97.6 | 0.4 | 0.5 | 1.0 | 0.1 |
| Norwood | 3,986 | 89.1 | 5.3 | 3.4 | 2.1 | 0.2 | 90.7 | 2.0 | 1.4 | 4.8 | 0.1 |
| Oak Bluffs | 1,969 | 87.8 | 6.8 | 4.9 | 0.4 | 0.2 | 86.6 | 4.7 | 1.0 | 0.5 | 1.2 |
| Oakham | 332 | 94.9 | 1.8 | 2.4 | 0.9 | 0.0 | 98.1 | 0.4 | 0.6 | 0.4 | 0.2 |
| Orange | 538 | 93.9 | 2.8 | 2.6 | 0.7 | 0.0 | 96.8 | 0.7 | 0.9 | 0.4 | 0.2 |
| Orleans | 1,240 | 94.4 | 2.3 | 2.7 | 0.6 | 0.0 | 97.4 | 0.6 | 0.7 | 0.5 | 0.2 |

*Draft – For Discussion Only*

91

**Table A4: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population**

- **Table A4a**: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population – Grouped Alphabetically

- **Table A4b**: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population – Grouped by Population Size

In the following tables comparisons are made between the proportion of citations given to drivers from each race and gender category compared to the census population for each community broken down by race and sex for those residents 18 years old and older. For the purposes of comparison race and gender information is grouped into white male, white female, non-white male and non-white female.

The tables are presented two different ways. First the jurisdictions are presented alphabetically (A4a). Second the jurisdictions are grouped into categories of cities and towns based on population size. These groupings (A4b) mirror the population categories used by the FBI police agencies in the Uniform Crime Reporting Program.

**HOW TO READ THE TABLES**

The statistical information is presented the same way in both the alphabetical and population size grouped tables. Only the order in which jurisdictions are presented differs in the two sets of tables.

- **The first column lists law enforcement agencies.** Only agencies that reported citations to the Registry of Motor Vehicles between April 1, 2001 and June 30, 2003 are listed in this column.[12]

- **The second column lists the total number of citations reported for each agency between April 1, 2001 and June 30, 2003.** It is important to note that for citations to be included in this chart they must include agency name, sex and race of the driver. As a result, some jurisdictions may have written more citations during the study period but if the citations were missing sex or race information they were not included in this analysis.

- **Columns three through six provide the demographics of citations across the four race and sex categories.** For example, in Abington 25% of those cited were white

---

[12] During the study period some agencies reported written warnings to the Registry of Motor Vehicles, but did not report any citations. For a full list of these agencies please refer to footnote 9.

*Draft – For Discussion Only*

female compared to 2.9% who were non-white female, 62.1% who were white male and 10.0% who were non-white male.

- **Columns seven through eleven provide the comparative demographics of the 18+ census population.** Column seven lists the total 18 year old and older residential population for each community. Columns eight through eleven list the demographics of the residential population across the four race and sex categories for each agency. For example, in Abington, 50.9% of the 18 year old and older residential population is white female, 1.3% non-white female, 46.5% white male, and 1.2% non-white male. As noted earlier some agencies such as university, college and transportation police have no appropriate census population against which to compare the demographics of their citations. Therefore, in such agencies demographics of citations are presented without any corresponding census information or calculated disparities and are designated with "NA."

119

Table A4a: Traffic Citations for White Females, Non-White Females, White Males and Non-White Males Compared to the Census Population — Grouped Alphabetically

| Agency | Citations | | | | | Total Population | Census Benchmark (Population 18 and Older) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White Female | % Non-White Female | % White Male | % Non-White Male | | % White Female | % Non-White Female | % White Male | % Non-White Male |
| Abington | 1,939 | 25.0 | 2.9 | 62.1 | 10.0 | 10,867 | 50.9 | 1.3 | 46.5 | 1.2 |
| Acton | 3,545 | 27.6 | 3.3 | 60.0 | 9.0 | 14,339 | 45.9 | 5.6 | 42.5 | 6.0 |
| Acushnet | 996 | 15.0 | 1.3 | 77.1 | 6.6 | 7,787 | 50.5 | 1.3 | 46.9 | 1.3 |
| Adams | 949 | 33.2 | 1.5 | 61.1 | 4.2 | 6,832 | 53.1 | 0.9 | 45.1 | 0.9 |
| Agawam | 2,003 | 22.3 | 2.2 | 67.6 | 7.9 | 21,931 | 51.4 | 2.1 | 44.6 | 1.9 |
| Amesbury | 3,960 | 28.2 | 1.1 | 65.6 | 5.2 | 12,157 | 51.4 | 1.3 | 45.9 | 1.4 |
| Amherst | 2,323 | 26.4 | 2.5 | 57.9 | 13.3 | 30,398 | 41.2 | 11.3 | 37.3 | 10.3 |
| AMTRAK | 4 | 0.0 | 0.0 | 100.0 | 0.0 | NA | NA | NA | NA | NA |
| Andover | 7,275 | 23.3 | 5.8 | 53.2 | 17.7 | 22,259 | 48.7 | 4.5 | 42.9 | 3.8 |
| Aquinnah | 93 | 18.3 | 2.2 | 67.7 | 11.8 | 257 | 31.9 | 22.2 | 25.3 | 20.6 |
| Arlington | 2,898 | 26.6 | 4.4 | 54.3 | 14.6 | 34,605 | 49.8 | 4.8 | 41.1 | 4.3 |
| Ashburnham | 1,055 | 25.8 | 0.9 | 67.8 | 5.5 | 3,940 | 49.0 | 1.2 | 48.4 | 1.4 |
| Ashby | 722 | 16.6 | 0.4 | 74.1 | 8.9 | 2,047 | 49.1 | 1.1 | 48.7 | 1.1 |
| Ashfield | 380 | 26.8 | 0.0 | 71.3 | 1.8 | 1,372 | 51.9 | 1.1 | 45.4 | 1.6 |
| Ashland | 1,144 | 19.8 | 2.2 | 63.9 | 14.2 | 10,967 | 47.6 | 4.6 | 43.2 | 4.6 |
| Athol | 929 | 29.7 | 1.2 | 64.0 | 5.1 | 8,424 | 51.1 | 1.9 | 45.4 | 1.6 |
| Attleboro | 12,240 | 36.0 | 3.1 | 53.5 | 7.3 | 31,394 | 47.7 | 4.7 | 42.8 | 4.8 |
| Auburn | 4,943 | 26.2 | 2.2 | 61.2 | 10.4 | 12,285 | 52.1 | 1.3 | 45.4 | 1.3 |
| Avon | 1,753 | 15.4 | 12.5 | 42.7 | 29.3 | 3,442 | 49.7 | 3.5 | 44.1 | 2.7 |
| Ayer | 2,703 | 27.0 | 2.8 | 60.3 | 10.0 | 5,539 | 44.3 | 7.3 | 41.4 | 7.0 |
| B&M Railroad | 68 | 23.5 | 1.5 | 64.7 | 10.3 | NA | NA | NA | NA | NA |
| Barnstable | 8,329 | 30.0 | 2.7 | 58.9 | 8.4 | 37,323 | 49.2 | 4.0 | 42.8 | 4.0 |
| Barre | 462 | 24.9 | 0.0 | 73.2 | 1.9 | 3,661 | 50.1 | 1.0 | 47.9 | 1.0 |
| Becket | 301 | 23.6 | 0.3 | 71.1 | 5.0 | 1,341 | 48.2 | 1.5 | 49.2 | 1.1 |
| Bedford | 3,297 | 31.0 | 3.8 | 56.7 | 8.4 | 9,623 | 46.4 | 4.6 | 44.7 | 4.3 |
| Belchertown | 2,114 | 27.6 | 1.5 | 63.7 | 7.2 | 9,429 | 50.1 | 2.0 | 45.8 | 2.0 |

Draft – For Discussion Only

| Agency | Citations | | | | | | Census Benchmark (Population 18 and Older) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White Female | % Non-White Female | % White Male | % Non-White Male | | Total Population | % White Female | % Non-White Female | % White Male | % Non-White Male |
| Mt Wachusett CC | 2 | 0.0 | 0.0 | 100.0 | 0.0 | | NA | NA | NA | NA | NA |
| N. Adams | 1,734 | 34.7 | 1.0 | 59.0 | 5.3 | | 11,399 | 52.2 | 2.3 | 43.1 | 2.4 |
| N. Andover | 5,021 | 27.6 | 5.0 | 53.9 | 13.6 | | 20,276 | 49.9 | 3.5 | 43.2 | 3.4 |
| N. Attleborough | 6,453 | 31.7 | 1.9 | 60.0 | 6.4 | | 19,852 | 50.1 | 2.2 | 45.4 | 2.3 |
| N. Brookfield | 397 | 26.7 | 1.0 | 71.3 | 1.0 | | 3,407 | 50.6 | 1.3 | 47.1 | 1.1 |
| N. Reading | 763 | 19.3 | 0.8 | 73.1 | 6.8 | | 10,026 | 49.9 | 1.5 | 47.3 | 1.3 |
| Nahant | 1,016 | 18.0 | 2.0 | 68.9 | 11.1 | | 2,956 | 51.8 | 1.8 | 45.1 | 1.4 |
| Nantucket | 1,256 | 17.9 | 1.8 | 66.3 | 14.0 | | 7,692 | 42.6 | 6.2 | 43.2 | 8.0 |
| Natick | 10,725 | 32.1 | 5.6 | 49.7 | 12.6 | | 24,769 | 49.6 | 4.4 | 42.0 | 4.0 |
| Needham | 1,694 | 35.0 | 3.2 | 53.2 | 8.6 | | 21,335 | 51.5 | 2.9 | 43.2 | 2.4 |
| New Bedford | 7,707 | 21.7 | 4.7 | 54.8 | 18.9 | | 70,441 | 43.1 | 11.1 | 35.7 | 10.0 |
| New Braintree | 150 | 36.0 | 1.3 | 62.0 | 0.7 | | 655 | 48.9 | 0.5 | 49.9 | 0.8 |
| New Marlborough | 12 | 41.7 | 0.0 | 50.0 | 8.3 | | 1,125 | 47.8 | 1.1 | 50.0 | 1.2 |
| New Salem | 770 | 23.5 | 2.7 | 65.2 | 8.6 | | 704 | 48.3 | 1.7 | 47.7 | 2.3 |
| Newbury | 1,087 | 22.6 | 1.0 | 73.0 | 3.3 | | 4,897 | 51.3 | 0.8 | 46.9 | 0.9 |
| Newburyport | 3,194 | 31.2 | 0.6 | 64.9 | 3.3 | | 13,638 | 53.6 | 1.1 | 44.3 | 1.0 |
| Newton | 9,763 | 36.5 | 4.2 | 51.3 | 8.1 | | 66,018 | 47.7 | 7.0 | 39.5 | 5.8 |
| Norfolk | 731 | 23.9 | 0.3 | 71.0 | 4.8 | | 7,611 | 37.9 | 1.0 | 47.0 | 14.1 |
| Northampton | 4,153 | 33.6 | 2.5 | 56.2 | 7.7 | | 24,061 | 51.8 | 6.7 | 37.4 | 4.1 |
| Northborough | 2,406 | 24.6 | 4.2 | 58.6 | 12.5 | | 9,881 | 48.2 | 3.6 | 44.5 | 3.7 |
| Northbridge | 1,221 | 26.2 | 0.7 | 67.8 | 5.2 | | 9,558 | 51.7 | 1.9 | 44.9 | 1.5 |
| Northfield | 1,799 | 31.3 | 1.3 | 64.3 | 3.1 | | 2,175 | 52.0 | 0.8 | 46.5 | 0.7 |
| Norton | 1,295 | 16.8 | 0.8 | 76.4 | 6.0 | | 13,175 | 48.2 | 5.5 | 42.2 | 4.0 |
| Norwell | 1,413 | 27.6 | 1.1 | 65.6 | 5.7 | | 6,973 | 51.1 | 1.4 | 46.5 | 1.0 |
| Norwood | 3,983 | 30.7 | 3.6 | 58.4 | 7.4 | | 22,652 | 48.9 | 4.7 | 41.7 | 4.7 |
| Oak Bluffs | 1,968 | 24.2 | 2.4 | 63.6 | 9.8 | | 2,875 | 45.5 | 6.3 | 41.1 | 7.1 |
| Oakham | 332 | 29.2 | 1.8 | 65.7 | 3.3 | | 1,177 | 49.1 | 0.9 | 49.0 | 0.9 |
| Orange | 538 | 21.9 | 0.9 | 71.9 | 5.2 | | 5,514 | 51.7 | 1.6 | 45.2 | 1.6 |
| Orleans | 1,239 | 23.6 | 0.9 | 70.9 | 4.7 | | 5,468 | 53.1 | 1.2 | 44.3 | 1.4 |

*Draft – For Discussion Only*

127

## Table B3: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Driving Population Estimate

- **Table B3a**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Driving Population Estimate – Grouped Alphabetically

- **Table B3b**: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Driving Population Estimate – Grouped by Population Size

In the following tables the race of all individuals who are cited in each jurisdiction are compared to the driving population estimate that was created for each community. The tables are presented two different ways. First the jurisdictions are presented alphabetically (Table B3a). Second the jurisdictions are grouped into categories of cities and towns based on population size (Table B3b). These groupings are based on the population categories used by the FBI for police agencies in the Uniform Crime Reporting Program.

## HOW TO READ THE TABLES

The statistical information is presented the same way in both the alphabetical and population size grouped tables. Only the order in which jurisdictions are presented differs in the two sets of tables.

- **The first column lists the law enforcement agencies.** As with the previous tables, only agencies that reported citations to the Registry of Motor Vehicles between April 1, 2001 and June 30, 2003 are listed in this column.[20]

- **The second column lists the total number of citations reported for each agency between April 1, 2001 and June 30, 2003.** It is important to note that for citations to be included in that chart they must include both agency name and race of the driver. As a result, some jurisdictions may have written more citations during the study period but if the citations were missing race information they were not included in this analysis. Because the driving population estimate for the Massachusetts State Police is based on a daytime observational survey of drivers we examined only the corresponding daytime citations issued by the Massachusetts State Police in Tables B3a and B3b.

- **Columns three through seven provide the demographics of citations across all race categories identified on the Massachusetts Uniform Citation (White, Black, Hispanic, Asian and Native American).** For example, in Abington 87.1% of those cited were white, 7.9% were Black, 4.6% were Hispanic, 0.4% were Asian and 0% were Native American.

- **Columns eight through twelve provide the demographics of the driving population estimate across each of the race categories for each community.** For

---

[20] During the study period some agencies reported written warnings to the Registry of Motor Vehicles, but did not report any citations. For a full list of these agencies please refer to footnote 9.

194

example, in Abington, 92.1% of the driving population estimate is white, 2.7% is Black, 1.8% is Hispanic, 1.6% is Asian and 0.1% is Native American.  For the Massachusetts State Police, the driving population estimate is based on the rolling roadway observation survey described in more detail at the beginning of this section.

195

Table B3a: Traffic Citations for White, Black, Hispanic, Asian and Native American Drivers Compared to the Driving Population Estimate — Grouped Alphabetically

| Agency | Citations | | | | | | Driving Population Estimate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White | % Black | % Hispanic | % Asian | % Native American | % White | % Black | % Hispanic | % Asian | % Native American |
| Abington | 1,941 | 87.1 | 7.9 | 4.6 | 0.4 | 0.0 | 92.1 | 2.7 | 1.8 | 1.6 | 0.1 |
| Acton | 3,547 | 87.7 | 3.4 | 4.2 | 4.5 | 0.2 | 86.2 | 1.9 | 3.1 | 7.4 | 0.1 |
| Acushnet | 996 | 92.1 | 5.6 | 2.1 | 0.2 | 0.0 | 95.5 | 0.7 | 1.2 | 0.2 | 0.2 |
| Adams | 949 | 94.3 | 4.0 | 1.1 | 0.6 | 0.0 | 97.5 | 0.6 | 0.8 | 0.4 | 0.1 |
| Agawam | 2,003 | 89.8 | 4.0 | 5.5 | 0.6 | 0.0 | 92.2 | 2.6 | 3.3 | 1.1 | 0.1 |
| Amesbury | 3,963 | 93.8 | 1.9 | 3.5 | 0.8 | 0.0 | 95.6 | 0.5 | 1.9 | 0.9 | 0.2 |
| Amherst | 2,323 | 84.3 | 7.5 | 4.1 | 4.1 | 0.0 | 82.1 | 3.5 | 5.5 | 6.7 | 0.2 |
| AMTRAK | 4 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA | NA | NA | NA | NA |
| Andover | 7,283 | 76.5 | 2.6 | 17.6 | 3.3 | 0.1 | 88.3 | 1.7 | 3.8 | 5.3 | 0.0 |
| Aquinnah | 93 | 86.0 | 7.5 | 5.4 | 0.0 | 1.1 | 57.2 | 0.0 | 1.6 | 0.0 | 34.2 |
| Arlington | 2,901 | 81.0 | 7.6 | 6.2 | 4.8 | 0.5 | 89.1 | 2.4 | 3.2 | 3.0 | 0.1 |
| Ashburnham | 1,056 | 93.5 | 2.0 | 4.1 | 0.5 | 0.0 | 97.4 | 0.2 | 1.1 | 0.4 | 0.1 |
| Ashby | 723 | 90.7 | 3.6 | 4.0 | 1.7 | 0.0 | 97.8 | 0.2 | 0.8 | 0.4 | 0.2 |
| Ashfield | 380 | 98.2 | 0.5 | 0.5 | 0.8 | 0.0 | 97.3 | 0.8 | 0.4 | 0.2 | 0.1 |
| Ashland | 1,145 | 83.7 | 4.5 | 10.9 | 0.6 | 0.3 | 89.1 | 2.4 | 3.2 | 3.0 | 0.1 |
| Athol | 929 | 93.8 | 2.0 | 3.3 | 0.9 | 0.0 | 96.5 | 0.4 | 1.4 | 0.4 | 0.1 |
| Attleboro | 12,249 | 89.6 | 3.5 | 4.9 | 2.0 | 0.0 | 88.5 | 2.1 | 4.7 | 2.7 | 0.2 |
| Auburn | 4,948 | 87.4 | 4.1 | 6.1 | 2.3 | 0.1 | 94.1 | 1.2 | 2.4 | 1.5 | 0.1 |
| Avon | 1,754 | 58.2 | 29.9 | 10.7 | 1.2 | 0.0 | 90.9 | 3.8 | 2.1 | 1.6 | 0.3 |
| Ayer | 2,704 | 87.3 | 4.4 | 6.3 | 2.1 | 0.0 | 85.6 | 5.0 | 4.5 | 3.3 | 0.2 |
| B&M Railroad | 68 | 88.2 | 1.5 | 8.8 | 1.5 | 0.0 | NA | NA | NA | NA | NA |
| Barnstable | 8,342 | 88.9 | 7.4 | 3.2 | 0.4 | 0.0 | 93.0 | 2.0 | 1.3 | 0.6 | 0.5 |
| Barre | 462 | 98.1 | 0.4 | 1.5 | 0.0 | 0.0 | 98.0 | 0.5 | 0.5 | 0.2 | 0.1 |
| Becket | 301 | 94.7 | 2.3 | 2.3 | 0.7 | 0.0 | 97.4 | 0.7 | 0.8 | 0.4 | 0.2 |
| Bedford | 3,298 | 87.8 | 2.9 | 3.1 | 6.1 | 0.2 | 88.2 | 2.5 | 2.8 | 5.2 | 0.2 |
| Belchertown | 2,114 | 91.3 | 3.8 | 1.8 | 2.9 | 0.1 | 93.4 | 1.5 | 2.8 | 1.2 | 0.2 |
| Bellingham | 3,377 | 88.5 | 4.1 | 5.4 | 1.9 | 0.1 | 93.4 | 1.6 | 2.4 | 1.3 | 0.1 |
| Belmont | 4,767 | 85.4 | 5.5 | 4.0 | 4.8 | 0.3 | 87.8 | 2.4 | 2.9 | 5.6 | 0.1 |

*Draft – For Discussion Only*

| Agency | Citations | | | | | | Driving Population Estimate | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | % White | % Black | % Hispanic | % Asian | % Native American | % White | % Black | % Hispanic | % Asian | % Native American |
| Melrose | 1,524 | 90.4 | 4.2 | 3.3 | 2.0 | 0.1 | 90.5 | 2.3 | 2.7 | 3.1 | 0.1 |
| Mendon | 3,717 | 93.4 | 1.9 | 4.2 | 0.5 | 0.0 | 97.5 | 0.2 | 0.9 | 0.6 | 0.0 |
| Merrimac | 641 | 92.8 | 1.1 | 4.5 | 1.6 | 0.0 | 98.3 | 0.2 | 0.6 | 0.3 | 0.1 |
| Methuen | 4,552 | 57.0 | 2.7 | 38.5 | 1.7 | 0.0 | 86.1 | 1.2 | 8.8 | 2.8 | 0.1 |
| Metro Police Lwr. Basin | 38 | 68.4 | 15.8 | 13.2 | 0.0 | 2.6 | NA | NA | NA | NA | NA |
| Metro Police Marine | 4 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA | NA | NA | NA | NA |
| Middleborough | 4,789 | 94.9 | 3.4 | 1.0 | 0.7 | 0.0 | 93.7 | 1.9 | 1.2 | 0.7 | 0.2 |
| Middleton | 1,939 | 87.3 | 3.2 | 8.2 | 1.3 | 0.0 | 88.2 | 1.6 | 7.9 | 1.1 | 0.1 |
| Milford | 2,041 | 87.2 | 3.1 | 9.1 | 0.4 | 0.2 | 91.0 | 1.4 | 3.7 | 2.1 | 0.1 |
| Millbury | 1,511 | 89.5 | 5.0 | 4.7 | 0.9 | 0.0 | 95.4 | 0.9 | 1.6 | 1.3 | 0.1 |
| Millis | 1,153 | 93.8 | 2.0 | 2.5 | 1.4 | 0.3 | 96.7 | 0.7 | 0.8 | 1.2 | 0.1 |
| Millville | 491 | 95.9 | 0.6 | 2.6 | 0.8 | 0.0 | 97.9 | 0.7 | 0.6 | 0.1 | 0.1 |
| Milton | 2,160 | 42.0 | 46.7 | 8.9 | 2.3 | 0.1 | 84.2 | 9.0 | 2.5 | 2.7 | 0.1 |
| Monroe | 2 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Monson | 1,111 | 96.4 | 1.5 | 1.5 | 0.5 | 0.0 | 97.8 | 0.5 | 0.7 | 0.2 | 0.2 |
| Montague | 651 | 92.8 | 2.3 | 4.3 | 0.6 | 0.0 | 95.4 | 0.7 | 1.7 | 0.8 | 0.4 |
| Monterey | 633 | 97.9 | 1.3 | 0.6 | 0.2 | 0.0 | 96.8 | 0.5 | 1.4 | 0.6 | 0.1 |
| Mt Wachusett CC | 2 | 100.0 | 0.0 | 0.0 | 0.0 | 0.0 | NA | NA | NA | NA | NA |
| N. Adams | 1,735 | 93.7 | 4.5 | 1.4 | 0.4 | 0.1 | 95.5 | 1.4 | 1.4 | 0.7 | 0.2 |
| N. Andover | 5,031 | 81.5 | 2.5 | 13.4 | 2.4 | 0.2 | 90.3 | 1.1 | 3.8 | 3.9 | 0.0 |
| N. Attleborough | 6,457 | 91.7 | 2.6 | 4.3 | 1.3 | 0.1 | 91.4 | 2.2 | 2.9 | 2.1 | 0.1 |
| N. Brookfield | 397 | 98.0 | 1.3 | 0.5 | 0.3 | 0.0 | 97.7 | 0.3 | 0.7 | 0.1 | 0.2 |
| N. Reading | 767 | 92.3 | 2.6 | 3.4 | 1.6 | 0.1 | 92.3 | 1.7 | 2.7 | 2.5 | 0.0 |
| Nahant | 1,016 | 86.9 | 6.7 | 5.4 | 1.0 | 0.0 | 93.2 | 1.6 | 2.0 | 1.8 | 0.1 |
| Nantucket | 1,263 | 84.3 | 9.8 | 5.3 | 0.6 | 0.1 | 85.8 | 9.6 | 2.3 | 0.7 | 0.0 |
| Natick | 10,734 | 81.8 | 5.3 | 9.4 | 3.4 | 0.1 | 87.4 | 3.1 | 3.3 | 4.4 | 0.1 |
| Needham | 1,695 | 88.2 | 3.9 | 5.4 | 2.4 | 0.1 | 90.6 | 2.2 | 2.2 | 4.0 | 0.0 |
| New Bedford | 7,731 | 76.5 | 11.2 | 11.9 | 0.0 | 0.0 | 81.6 | 3.5 | 6.7 | 1.0 | 0.3 |
| New Braintree | 150 | 98.0 | 1.3 | 0.7 | 0.0 | 0.0 | 98.8 | 0.0 | 0.5 | 0.2 | 0.2 |
| New Marlborough | 12 | 91.7 | 8.3 | 0.0 | 0.0 | 0.0 | 97.8 | 1.0 | 0.9 | 0.0 | 0.0 |
| New Salem | 771 | 88.7 | 3.5 | 2.9 | 4.9 | 0.0 | 96.0 | 0.9 | 0.6 | 0.3 | 0.6 |

202

*Draft – For Discussion Only*