BOSTON.COM | A&E | BOSTON GLOBE | CARS | JOBS | REAL ESTATE | SPORTS | TECH | TRAVEL

Archives
Buy photos
Contact the Globe
Globe services
Search the Globe
Send us feedback

Electronic edition
Headlines e-mail
Low-graphics version
Most e-mailed articles
Front page [JPG] [PDF]
Today's paper A to Z

Sections
PAGE ONE
NATION | WORLD
CITY | REGION
　Death notices
　Lottery
　Politics

　Brian McGrory
　Eileen McNamara
　Spiritual Life
　Adrian Walker

　Peaks & Valleys
　　BJ Roche
　Starts & Stops
　　Mac Daniel
　The Observer
　　Sam Allis

BUSINESS
SPORTS
LIVING | ARTS
EDITORIALS | OP-ED

SPECIALS
Traffic ticket disparities
Good Friday: 5 years later
Rhode Island club fire
Big Dig coverage
John Kerry series
Global health crisis
More special reports

Spotlight investigations
　Scandal in the church

WEEKLY
Health | Science (Tue)
　Judy Foreman
　Chet Raymo
Food (Wed)
　Recipes
Calendar (Thur)
Life at Home (Thur)

City Weekly
Globe South
Globe West
Globe North
Globe NorthWest



The Boston Globe　　boston.com

**SPEED TRAP:** WHO GETS A TICKET, WHO GETS A BREAK?

PROFILING GRAPHICS:

[Data tables ▼]

# Minority drivers, traffic tickets, and searches

Minority drivers are disproportionately ticketed and searched by police officers in dozens of communities across Massachusetts, according to a state study of racial profiling that analyzed racial patterns in 1.3 million citations issued from April 2001 through June 2003.

**SEARCH DISPARITY:** is the difference between the percentage of minority drivers ticketed who were searched, compared with the percentage of white drivers ticketed who were searched.

## Largest disparities in searches

| Rank | Police department | % of nonwhite drivers searched | % of white drivers searched | Disparity (% points) |
|---|---|---|---|---|
| 1 | North Adams | 19.0 | 9.0 | 10.0 |
| 2 | State Police (K9 section) | 15.9 | 6.7 | 9.2 |
| 3 | Tewksbury | 18.2 | 11.5 | 6.7 |
| 4 | Fairhaven | 9.1 | 3.3 | 5.8 |
| 5 | Townsend | 8.9 | 3.2 | 5.7 |
| 6 | Amesbury | 8.3 | 3.0 | 5.3 |
| 7 | Taunton | 7.6 | 2.6 | 5.0 |
| 8 | Boxford | 5.6 | 0.8 | 4.8 |
| 9 | State Police (General HQ) | 7.9 | 4.3 | 3.6 |
| 10 | New Bedford | 8.7 | 5.2 | 3.5 |
| 11 | State Police (Troop D-1, Norwell) | 5.8 | 2.5 | 3.3 |
| 12 | Southborough | 5.2 | 2.1 | 3.1 |
| 13 | Mansfield | 6.3 | 3.4 | 2.9 |
| 14 | State Police (Community Action) | 3.5 | 0.9 | 2.6 |








Boston Globe Online / Metro | Region / Speed Trap    Filed 09/16/2005    Page 2 of 3    Page 2 of 3
Case 1:04-cr-10195-PBS    Document 57-4

**WEEKEND**
Automotive
Books
Education
Ideas
Magazine
Real Estate
Travel

**FEATURES**
Chat
Columns
Comics
Crossword
Events Tickets
Horoscopes
Death Notices
Lottery
Obituaries
Personals
Traffic
TV listings
Weather

**CLASSIFIEDS**
Cars, trucks, SUVs
Jobs (BostonWorks)
MarketBasket
Real Estate

| | | | | |
|---|---|---|---|---|
| 15 | Wilmington | 3.9 | 1.3 | 2.6 |
| 16 | Wareham | 4.5 | 2.0 | 2.5 |
| 17 | Barnstable | 3.8 | 1.5 | 2.3 |
| 18 | State Police (Troop D-7, Bourne) | 3.3 | 1.1 | 2.2 |
| 19 | West Bridgewater | 6.1 | 3.9 | 2.2 |
| 20 | Haverhill | 4.2 | 2.1 | 2.1 |
| 21 | State Police (all) | 2.1 | 1.1 | 1.0 |
| 22 | State Police (Troop A, Danvers) | 2.5 | 1.6 | 0.9 |

## Other large police departments

| Police department | % of nonwhite drivers searched | % of white drivers searched | Disparity (% points) |
|---|---|---|---|
| Brockton | 4.0 | 2.3 | 1.7 |
| Fall River | 1.9 | 0.6 | 1.3 |
| Cambridge | 1.8 | 0.6 | 1.2 |
| Springfield | 1.7 | 0.8 | 0.9 |
| Newton | 1.3 | 0.5 | 0.8 |
| Brookline | 1.4 | 0.6 | 0.8 |
| Malden | 2.7 | 2.0 | 0.7 |
| Chicopee | 2.0 | 1.3 | 0.7 |
| Worcester | 1.0 | 0.3 | 0.7 |
| Lowell | 1.4 | 0.8 | 0.6 |
| Waltham | 1.5 | 1.0 | 0.5 |
| Framingham | 1.1 | 0.7 | 0.4 |
| Boston | 1.0 | 0.6 | 0.4 |
| Lynn | 1.0 | 0.6 | 0.4 |
| Weymouth | 1.7 | 1.5 | 0.2 |
| Medford | 1.6 | 1.8 | -0.2 |
| Somerville | 0.9 | 1.1 | -0.2 |
| Quincy | 4.1 | 4.4 | -0.3 |
| Lawrence | 1.5 | 1.9 | -0.4 |
| Plymouth | 1.4 | 2.0 | -0.6 |

Graphic assembled by Bill Dedman, Globe Correspondent

Search the Globe
Search for: [        ] Go
○ Today  ○ Yesterday  ○ Past month  ○ Past year  ▶ Advanced Search

Home delivery for as little as $1.75 a week!  The Boston Globe  click here

© Copyright 2003 New York Times Company
| Advertise | Contact us | Privacy policy |