UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Crim. No. 04-10195-PBS |
| | ) | |
| **DANIEL GOMES** | ) | |
| | ) | |

### POST-HEARING STIPULATION RE: SURVEILLANCE VIDEO OF 26 SYCAMORE STREET, NEW BEDFORD ON APRIL 27, 2004

The parties stipulate that the surveillance video taken on April 27, 2004, shows the following:

1. The video was shot from somewhere to the rear of 26 Sycamore Street, New Bedford, Massachusetts, providing a view of a parking area behind the house, a rear door accessed by steps and a small porch, with the driveway to the right of the viewing screen.

2. Sycamore Street is visible from the edge of the house at 26 Sycamore Street, across the width of the driveway to the edge of the next house, which is to the right as one views the screen.

3. When the video starts, a lone man of color is approximately half-way down the driveway walking away from Sycamore Street toward the rear of the house.

4. A dark automobile then turns into the driveway; the police cruiser passes the driveway from left to right as the automobile is at the rear corner of the house. This automobile, also driven by a man of color, turns right at the rear of the house, and parks parallel to the house in a line of four cars, the second from the rear of the house.

5. The man who had walked from the street had already entered the rear door when the driver exits the car. The driver also enters the rear door of the house before the front seat

passenger leaves the automobile. The front seat passenger then exits the automobile and also enters the rear door of the house.

6.	The rear door of the house is not visible from the street.

| | |
|---|---|
| MICHAEL PINA<br>By his attorney, | DANIEL GOMES<br>By his attorney, |
| /s/ *C. Samuel Sutter*<br>C. Samuel Sutter<br>B.B.O. No. 542496<br>203 Plymouth Avenue<br>Fall River, MA 02721<br>508-674-8633 | /s/ *John H. Cunha Jr.*<br>John H. Cunha Jr.<br>B.B.O. No. 108580<br>CUNHA & HOLCOMB, P.C.<br>One State Street, Suite 500<br>Boston, MA 02109-3507<br>617-523-4300 |

MICHAEL J. SULLIVAN
United States Attorney
By,

/s/*Donald L. Cabell*
Donald L. Cabell
Assistant United States Attorney
United States Courthouse
1 Courthouse Way
Boston, MA 02210
617-748-3100

Dated: October 6, 2005

H:\Word\Crim\Gomes\Surveillance Video Stupulation.wpd