UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 04-10195-PBS |
| ) | |
| DANIEL GOMES ) | |

## MOTION TO CONTINUE

The defendant, Daniel Gomes, hereby moves this Court to continue his trial in the above-named case, which is currently scheduled to begin on December 12, 2005. In support whereof, the defendant's counsel anticipates he will be defending another client at trial during the same time period. The trial in United States v. Washington, Crim. No. 02-10301-NG, is scheduled to begin on November 14, 2005. The government has alleged a racketeering conspiracy against multiple defendants, and expects to take four to six weeks to present its case. With jury selection expected to take most if not all of the first week, and the Thanksgiving holiday occurring during the next, it is unlikely the Washington trial will be concluded by mid-December.

Counsel states that he also has a trial scheduled to begin in United States v. Neto, Crim. No.05-10101-MEL, on January 3, 2006. That trial could last one to two weeks. WHEREFORE, the defendant requests a new trial date in the above-named case, in late January or February 2006.

DANIEL GOMES
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: October 26, 2005                                  H:\Word\Crim\Gomes\Motion for Continuance.0002.wpd