UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.

MICHAEL PINA
DANIEL GOMES

CRIMINAL ACTION
NO.  04-10195-PBS

## NOTICE OF PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                           May 25, 2006

      TAKE NOTICE that the above-entitled case has been set for a Pretrial Conference on **June 1, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                    By the Court,

                     /s/ Robert C. Alba
                    Robert C. Alba, Clerk
                    (617) 748-9175

Copies to:  All Counsel