UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) ) ) | |
| v. ) | Crim. No. 04-10195-PBS |
| ) | |
| **DANIEL GOMES** ) ) | |

**MOTION TO CONTINUE HEARING**

    The defendant, Daniel Gomes, hereby moves this Court to briefly continue the status hearing in the above-named case, which is currently scheduled for June 1, 2006. In support whereof, the defendant's counsel is currently conducting an evidentiary challenge in Suffolk Superior Court that will continue through the week of May 30-June 2, 2006. On June 1, the court in that case will specifically hear expert testimony from an out-of-state witness, the last scheduled witness in the hearing, whose appearance cannot be postponed or rescheduled. The defendant requests that the hearing in the case-at-bar be continued only to the following week, either on June 5 or 6, 2006, so that the status can be discussed promptly while avoiding any further scheduling conflicts with the evidentiary challenge before the Commonwealth.

                                                              DANIEL GOMES
                                                               By his attorney,

                                                               /s/ *John H. Cunha Jr.*
                                                              John H. Cunha Jr.
                                                              B.B.O. No. 108580
                                                              CUNHA & HOLCOMB, P.C.
                                                              One State Street, Suite 500
                                                              Boston, MA 02109-3507
                                                              617-523-4300

Dated: May 26, 2006                                                        H:\Word\Crim\Gomes\Motion for Continuance.003.wpd