# CUNHA & HOLCOMB, P.C.
## ATTORNEYS AT LAW

JOHN H. CUNHA JR.*
HELEN HOLCOMB
*Also Admitted in New York

CHARLES ALLAN HOPE
STEPHEN SUPER

ONE STATE STREET, SUITE 500
BOSTON, MASSACHUSETTS 02109-3507
617-523-4300
800-530-6777
FAX: 617-523-4350
SUPER@CUNHAHOLCOMB.COM

August 8, 2006

Clerk Robert Alba
Office of the Honorable Patti B. Saris
Suite 6130
1 Courthouse Way
Boston, MA 02210

Re:    United States v. Daniel Gomes
       Crim. No. 04-10195-PBS

Dear Mr. Alba:

Attorney Cunha has filed with the Clerk's Office a renewed ex parte motion, under seal, for production of probation records relevant to Mr. Gomes' case. That motion and accompanying order replaces the previous motion, which mistakenly identified itself in the title as a motion for "patient records." Although Judge Saris granted the motion in part, in so far as it referred to probation records, she denied it as written, and the New Bedford court's probation department subsequently would not honor it. The error has been corrected in the new filing. If the Judge grants the renewed motion, please return the signed copy of the order to our office.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Stephen Super

SPS/lbm
cc:    Daniel Gomes

H:\Word\Crim\Gomes\Letters\letter Clerk 005.wpd