

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*   John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts  02210

September 15, 2006

Lisa Roland, Deputy Clerk
United States District Court
District of Massachusetts
Federal Courthouse
595 Main Street
Worcester, Massachusetts 01608

    Re:   <u>United States v. Daniel Gomes et al.</u>
          Cr. No. 04-10195-PBS

Dear Ms. Roland:

    I am requesting through this letter a copy of the recording of the probable cause hearing in this case, held on June 25, 2004.  To the extent the government is able to duplicate or transcribe the recording, the government agrees to provide copies to the defendants.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                          United States Attorney

                    By:   <u>/s/ Donald L. Cabell</u>
                          DONALD L. CABELL
                          Assistant U.S. Attorney
                          (617) 748-3105