UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim No. 04-10195-PBS |
| | : |
| (1) MICHAEL PINA AND | : |
| (2) DANIEL GOMES | : |

**NOTICE OF APPEARANCE OF LEAH B. FOLEY**

Please enter and add the appearance of Assistant U.S. Attorney Leah B. Foley for the United States of America in the above-captioned matter.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  /s/ Leah B. Foley
                                LEAH B. FOLEY
                                Assistant U.S. Attorney
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617) 748-3144
Dated: September 22, 2006      leah.foley@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                          Boston, Massachusetts
                                                      September 22, 2006

    I, Leah B. Foley, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendants' attorneys by electronic filing.

                                                  <u>/s/ Leah B. Foley</u>
                                                  LEAH B. FOLEY
                                                  Assistant U.S. Attorney