UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | No. 04-10195-PBS |
| | ) | |
| DANIEL GOMES | ) | |
| | ) | |

## MOTION IN LIMINE RE: ID

At the hearing on the motion to suppress the automobile stop hearing conducted in this court on August 4, 2005 and September 9, 2005, the government presented the testimony of two New Bedford police officers who stopped a car on April 27, 2004. Neither officer could identify the defendant in any way. Accordingly, the statements of the driver of the vehicle are hearsay, and cannot be admitted. Fed. R. Evid. 801, 802.

Unlike statements by a party's agent or co-conspirator, the contents of this statement are not to be considered in determining if they were made by the defendant. Fed. R. Evid. 801(d)(2). Furthermore, even if they were to be considered, the contents of the statement alone would not suffice to establish the identity of the person making the statement. *Id*. Because there is no admissible evidence to show that defendant made the alleged statement, it is not an admission and must be excluded. Assuming arguendo that the stop was legally justified and without conceding that such evidence would be relevant, the officers can at most testify that they observed a vehicle driving, stopped it in front of 24-26 Sycamore Street, then observed the car being parked and the passengers enter the residence.

DANIEL GOMES<br>
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: September 27, 2006

H:\Word\Crim\Gomes\Motion in Limine re ID.wpd

2

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: September 27, 2006

H:\Word\Crim\Gomes\Motion in Limine re ID.wpd