UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES | ) |
| v. | ) No. 04-10195-PBS |
| DANIEL GOMES | ) |

**MOTION IN LIMINE RE: MARIJUANA AND MONEY**

In a search of 24-26 Sycamore Street, officers discovered a wallet containing the defendant's license and other identification, as well as three small bags of marijuana in the rear bedroom nightstand and a bottle containing United States currency in the rear bedroom closet. The defendant hereby moves that the marijuana and currency be excluded from evidence because it is not relevant or material to the charges at bar, and is not otherwise admissible pursuant to Rule 404 (b).  The controlled substance the government alleges was sold in the case at bar is crack, not marijuana, and though separately packaged the amount of marijuana is consistent with personal use.  Furhter, the currency is not attributable to any accusation in the case at bar in which Mr. Gomes is alleged to have been a driver of the seller, not the seller himself.

DANIEL GOMES
By his attorney,

*John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: September 27, 2006                    H:\Word\Crim\Gomes\Motion in limine re marijuana.wpd