UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.     ) | No. 04-10195-PBS |
| ) | |
| **DANIEL GOMES** ) | |

**MOTION IN LIMINE RE: SUMMONS AND COMPLAINT**

In a search of 24-26 Sycamore Street, officers discovered a wallet containing the defendant's license and other identification, including a credit union ID, as well as a summons and a complaint in a criminal case in state court in the defendant's name. The defendant hereby moves that the summons and complaint be excluded from as it is not admissible pursuant to Rule 404 (b). The summons and complaint are highly prejudicial and the defendant's presence at the premises is amply evidenced by the other documents.

DANIEL GOMES
By his attorney,

*John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: September 27, 2006                H:\Word\Crim\Gomes\Motion in limine re summons.wpd