**PROPOSED JUROR QUESTIONS**

1. The government alleges that Mr. Gomes and Mr. Pina were involved in street sales of crack cocaine. Will this accusation affect your ability to judge the evidence fairly, or cause you to believe they are guilty by reason of this allegation alone, or believe that they have a propensity to commit crimes?

2. Do you (or your spouse) belong to any social, fraternal or cultural clubs or organizations, including any clubs or organizations involved with the issues of crime or drugs?

3. Have you ever served on a jury before?

4. Have you, your spouse, a relative, or a close friend ever had any training, experience, or employment in law, legal procedures, criminal justice, or criminal investigation?

5. Do you have any relatives or close friends who are members of any police force, law enforcement agency, prosecutor's office or security agency?

6. Do you believe a police officer or federal agent is more or less likely to tell the truth than an ordinary citizen?

7. Have you, your spouse, a relative, or a close friend ever been the victim of a crime?

8. Have you, your spouse, a relative, or a close friend ever been a witness to a crime?

9. Have you, your spouse, a relative, or a close friend ever had a problem with, been treated for, or ever been addicted to drugs or suffered from a drug-related problem?

10. Is there anything about the nature of the charges that would make it difficult for you to serve as a juror in this case or these allegations?

11. Will you find it difficult to be an impartial juror in a case in which the defendants are charged with selling crack cocaine, or aiding and abetting the sale of crack cocaine?

12. Do you think that the unsupported testimony of a cooperating witness should be

considered with greater caution than the testimony of other witnesses?

13. You have no obligation to like or feel comfortable with people of other races or ethnicities, whether of Caucasian, Hispanic or African-American origin, but you do have a legal obligation to answer this question honestly and candidly. Do you have any feelings or opinions about people of races or ethnicities other than your own that might affect your ability to be a fair or impartial juror in this case?

14. Do you believe that Hispanics and/or African Americans are more likely than members of other ethnic groups to commit crimes?

15. Under our system of law, a defendant in a criminal case has a guaranteed right to be considered innocent until proven guilty. Do you think a defendant in a criminal trial should be made to prove his innocence?

16. The presumption of innocence means that the defendants have an absolute right not to testify. Would you hold it against them in any way if they do not testify?

17. Aside from the nature of this case, are you aware of any prejudice which you may have against the government or the defendants which would in any way impair your ability to fairly and impartially evaluate and judge the facts of this case?

18. Are there any other reasons that you might not be able to be a fair and impartial juror in this case?

19. Is there any other reason you might not be able to serve as a juror in this case?