```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
|                                  ) | |
|       v.                      ) | |
|                                  ) | CR. NO. 04-10195-PBS |
| DANIEL GOMES and           ) | |
| MICHAEL PINA                ) | |

**<u>GOVERNMENT'S SUPPLEMENTAL LIST OF WITNESSES</u>**

The United States of America, through its attorneys Michael J. Sullivan, United States Attorney, and Assistant United States Attorneys Donald L. Cabell and Leah B. Foley, hereby submits this supplemental list of the individuals the government may call as witnesses in its case-in-chief:

(1) Michelle Rosa, New Bedford; and

(2) Mass. State Police Trooper Christopher Dumont.

                                      Respectfully submitted,
                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                         BY:   <u>/s/Donald L. Cabell</u>
                                   DONALD L. CABELL
                                   LEAH B. FOLEY
                                   Assistant U.S. Attorneys
                                   One Courthouse Way, Suite 9200
                                   Boston, MA 02210