To the clerks of courts,

I have recently wrote to you about 3 weeks ago. Requesting my Criminal Docket Entry sheet. I have yet to recieve them, so can you please send me a my Criminal Docket Entey sheet as soon as possible. My docket # is (04CR10195-002-PBS)

Dkt Number
(04 CR 101 95-002-PBS)

FILED
CLERKS OFFICE
2007 JUN 25 P 1:57
U.S. DISTRICT COURT
DISTRICT OF MASS.

Thank You
Daniel Gomes
Daniel Gomes