Date: 2/27/08

Hon. P. Saris
c/o _____
Deputy Clerk
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Boston, MA 02210

Dear Clerk of Court:

   I was sentenced by Judge __Saris__ on __1/12/07__ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

   I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

   I had appointed counsel in my original case and

   _✓_ I do wish to be represented by the same lawyer who represented me at my original sentencing.

   ____ I do not wish to be represented by the same lawyer who represented me at my original sentencing.

                                                   Sincerely,

                                                   Daniel Gomes

Name: Daniel Gomes
Address: Federal Correctional Institute - Beckley
         P.O. Box 350 Beaver, West Virginia 25813

Telephone: _____