ATTORNEY ASSIGNMENT REQUEST

Defendant: Daniel Gomes

Case & Defendant Number:   04-CR-10195-002-pbs

Date of Appointment: 3/10/08

Appointed by: Saris, D.J.

Attorney Withdrawn: n/a

Date of Withdrawal: n/a

Reason for Withdrawal: n/a

Number of Counts: 3

Charge(s) and Cite(s):

21:841(a)(1) Distribution of Cocaine Base;18:2 Aiding and Abetting (Counts 3-5)

Indictment:   X          Information:              Probation Revocation:

Number of Defendants: 2


Judge Code: 0129


Special Instructions: Appointment of former CJA counsel, John Cunha, Jr., to represent defendant and review his request for potential resentencing under the amended crack cocaine guidelines.




/s/ Robert C. Alba
Deputy Clerk

Date 3/10/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Gomes Attorney Assignment Form (crack appointment).wpd**

[attyreq.;kattyreq.]