```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )
                              )
          v.                  )    Criminal No. 04-10195-PBS
                              )
MICHAEL PINA and              )
DANIEL GOMES,                 )
          Defendants.         )
```

**FINAL ORDER OF FORFEITURE**

**SARIS, D.J.**

WHEREAS, on July 7, 2004, a federal grand jury sitting in the District of Massachusetts returned a five-count Indictment charging defendant Michael Pina ("Pina") with Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1)(Counts One through Four), and Distribution of Cocaine Base and Aiding and Abetting in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Count Five);

WHEREAS, the Indictment charged defendant Daniel Gomes ("Gomes") with Distribution of Cocaine Base in violation of 21 U.S.C. § 841(a)(1)(Counts Three and Four), and Distribution of Cocaine Base and Aiding and Abetting in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Count Five);

WHEREAS, the Indictment also contained a Forfeiture Allegation pursuant to 21 U.S.C. § 853, which sought the forfeiture of any and all property, constituting, or derived from, any proceeds the defendants obtained, directly or

indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations;

WHEREAS, the forfeiture allegation also provided that if any forfeitable assets, as a result of any act or omission of Pina and Gomes (collectively, the "Defendants"), (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, that it was the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the Defendants up to the value of such property;

WHEREAS, on October 12, 2006, Pina pled guilty to Counts One through Five of the Indictment, and Gomes pled guilty to Counts Three through Five of the Indictment, pursuant to written plea agreements;

WHEREAS, in Section Eight of the plea agreements, Pina and Gomes agreed to forfeit any and all assets subject to forfeiture pursuant to 21 U.S.C. § 853 as a result of their guilty pleas, and such assets included, without limitation, any monies recovered during the search of the Defendants' residence on June 24, 2004;

WHEREAS, on June 24, 2004, officers seized $1,573.90 in U.S. currency (the "Currency") from Pina and Gomes;

WHEREAS, on January 12, 2007, the Court ordered forfeiture of the Currency in the Defendants' Judgments;

WHEREAS, on September 21, 2007, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendants' interests in the Currency;

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties, and published in the <u>Boston Herald</u> on December 27, 2007, January 3, 2008 and January 10, 2008; and

WHEREAS, no claims of interest in the Currency have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on February 11, 2008.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The United States' Motion for a Final Order of Forfeiture is allowed.

2.  The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

    3. All other parties, having any right, title, or interest in the Currency, are hereby held in default.

```
                                    _____
                                    Patti B. Saris
                                    United States District Judge
```

Date: