Dear Judge Saris,

My name is Daniel Gomes. I'm being represented by Atty. John H. Cunha Jr. I came before you on Jan 11, 2007 for sentencing. You accepted the plea agreement the D.A. gave me. But my case is before you today for the crack cocaine law that was just passed. When I came before you for sentencing, you told me I was getting a good deal. In general, judging by my guidelines and level, alot of people would say I got a good deal. But to be truly honest w/ you, I feel 84 months was still too harsh for me. If you can remember my case, I only gave my co-defendant a ride. I never sold any drugs or did I recieve any money for drugs from the C.I.. Now i'm not sitting here telling you that I never sold drugs, because I have, since I was young all the way up to three months before this case happened. But I did stop and wanted to change my life. The mistake I made was that I never stopped hanging around my friends. But I know that now. I've been incarcerated for this case for four years. If you look at my record this is the longest I had ever been incarcerated at one time. And if you also look at my record, you can see that majority of my record are drug cases. And the rest was due to the drugs. Your honor, i'm not a bad fellow. I just made bad decisions and took the wrong route in life. And I didn't realize that until I caught my state case. And thats when I wanted to change. Because I have a step-son who I consider my own. I've been out of his life for 4 years. and he needs me. And he's the reason why I wanted to change. And live life right. And I realize

that about 3 months before I got arrested for this case. Its just that I didn't change the company I kept. Since i've been incarcerated on this federal case, I haven't had any incident reports or bad conduct or any thing negative. I've been doing programs and signed up for college courses to further my education. I've been thinking positive and want to live a positive life. I want to be the father to my son that I never had. Your honor, I will guarantee that you will not regret your decision to give me a sentence reduction. I will not be before you again. I just feel 7 years for giving a friend a ride is too harsh I have a 5 year minimum mandatory. I know you can't go below that. But i'm begging you your honor please give me a second chance to be a father to my son. He needs my guidance out there. What i'm telling you about my institutional record is the truth. You can check on that. I just been focused on change. And I promise you i'm going to live right. Your honor, thank you for your time. I know your very busy. especially w/ this new law. Your probally going to get hundreds of letters. But I promise you i'm one of the one's thats going to make it in life.

Thank You
Your Honor.
Daniel Gomes
Daniel Gomes