UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** )<br>)<br>   v.     )<br>)<br>**DANIEL GOMES** )<br>) | No. 04-10195-PBS |

## MOTION TO REDUCE SENTENCE

Defendant, Daniel Gomes, hereby moves this Court for a reduction in his sentence. In support whereof, defendant states that the recent revisions to § 2D1.1 of the United States Sentencing Guidelines, concerning offense levels based on amounts of crack cocaine involved in an offense, reduce the recommended guidelines range for the defendant. On December 11, 2007, the Sentencing Commission, pursuant to its authority under 18 U.S.C. § 3582(c)(2), made these revisions retroactive. *See* 73 Fed. Reg. 217-01 (2008). A reduction in defendant's sentence is consistent with the sentencing factors set forth in 18 U.S.C. 3553(a) as set out in the defendant's pro-se letter to this Court, docket number 138, incorporated herein by reference. Accordingly, a reduction in sentence is within the discretion of this Court and in the interests of justice, and should be issued promptly.

              DANIEL GOMES
              By his attorney,

              /s/ *John H. Cunha Jr.*
              John H. Cunha Jr.
              B.B.O. No. 108580
              CUNHA & HOLCOMB, P.C.
              One State Street, Suite 500
              Boston, MA 02109-3507
              617-523-4300

Dated: August 12, 2008             H:\Word\Crim\Gomes\Motion to reduce sentence.wpd

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served via electronic filing upon AUSA Donald L. Cabell, U.S. Attorney's Office, 1 Courthouse Way, Boston, MA 02210.

                                       /s/ *John H. Cunha Jr.*
                                        John H. Cunha Jr.