UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) v. ) DANIEL GOMES ) | Crim. No. 04-10195-PBS |

## JOINT STATEMENT REGARDING CRACK GUIDELINE RESENTENCING

The parties have conferred with each other and with Probation regarding resentencing in this case and are in disagreement as to whether resentencing should take place. They respond to the questions raised by the procedural order as follows:

(a): Defendant, Daniel Gomes, states that his case should be resentenced and his sentence should be reduced. In support whereof, defendant states that the recent revisions to § 2D1.1 of the United States Sentencing Guidelines, concerning offense levels based on amounts of crack cocaine involved in an offense, reduce the recommended guidelines range for the defendant. On December 11, 2007, the Sentencing Commission, pursuant to its authority under 18 U.S.C. § 3582(c)(2), made these revisions retroactive. *See* 73 Fed. Reg. 217-01 (2008). Although defendant's initial sentence was below the guidelines' range, defendant should receive a proportionate reduction pursuant to U.S.S.G. § 1B1.10, Application Note 3. Accordingly, a reduction in sentence is within the discretion of this Court and in the interests of justice, and should be issued promptly.

The government states that Mr. Gomes is not eligible for a reduction in sentence under section 3582, for at least two reasons. First, Gomes was a career offender and the corresponding guideline range was based on his criminal history and not the weight of the crack cocaine at issue. Second, and in any event, Gomes entered a binding plea agreement which resulted in the

imposition of a favorable sentence well below the GSR. As such, Gomes, again, received a sentence which was not based on the weight of the drugs, and, moreover, a sentence which he asked for and is now barred from attacking or challenging.

(b): Defendant states that the presentence report figured his guidelines range both with and without applying the career offender provisions. Presentence report, ¶¶ 16-31. The guidelines offense level without the career offender provision came to 28, presentence report ¶ 28, and would be 26 under the new guidelines. With a criminal history category of VI, this would reduce the guidelines range from 140-175 months to 120-150 months, a reduction of 14%.

The government states that the guidelines range is properly calculated under the career offender guidelines, and remains 210-262 months, as determined at defendant's sentencing.

(c): Defendant states he should receive a 14% reduction in his current 84 month sentence, and be sentenced to 72 months, which is a sentence consistent with the sentencing factors set forth in 18 U.S.C. 3553(a) as set out in the defendant's pro-se letter to this Court, docket number 138, incorporated herein by reference.

The government states his sentence should not be changed.

(d): Defendant requests a hearing on this issue.

(e): The defendant states that he would be eligible for release on or about July 30, 2009 if resentenced as defendant suggests.

The government states that the defendant's current and proper release eligibility date is July 30, 2010.

(f): Neither party believes further briefing is necessary.

(g): No transcript is needed.

(h):   The plea agreement is attached hereto.

                                    DANIEL GOMES
                                    By his attorney,

                                    /s/ *John H. Cunha Jr.*
                                    John H. Cunha Jr.
                                    B.B.O. No. 108580
                                    CUNHA & HOLCOMB, P.C.
                                    One State Street, Suite 500
                                    Boston, MA 02109-3507
                                    617-523-4300

Dated: August 12, 2008                              H:\Word\Crim\Gomes\Joint statement re sentence reduction.wpd

<u>CERTIFICATE OF SERVICE</u>

    I certify that a copy of the foregoing document was served via electronic filing upon AUSA Donald L. Cabell, U.S. Attorney's Office, 1 Courthouse Way, Boston, MA 02210.

                                              /s/ *John H. Cunha Jr.*
                                              John H. Cunha Jr.